Law Offices of
# GORDON MEHLER PLLC
747 Third Avenue • 32nd Floor • New York, NY 10017-2803

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 8 2012
```

Gordon Mehler
  Principal

Nathaniel Burney
Rebecca Stack Campbell
Linda Kagan
Michael Rakower
Daniel Rothstein
Harvey Stuart
Joyce Young
Mengtao Yu
  Of Counsel

Virginia Norling Branham
Rick Guimond
Ben Stadler
  Paralegals

September 24, 2012

BY FAX 212-805-0426
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  **United States v. O'Hara, (SDNY) S2 10 Cr. 228 (LTS)**

Dear Judge Swain:

I represent Jerome O'Hara in the above captioned case, whose travel is restricted to the Southern and Eastern Districts of New York. I write to request permission for Mr. O'Hara and his family to stay with relatives during the Columbus Day weekend in Hampton, New Hampshire from October 5th until October 8th. Your Honor has approved a similar trip for Mr. O'Hara in previous years.

Mr. O'Hara has permission from pretrial services and Assistant United States Attorneys Lisa Baroni and Julian Moore have no objections to this planned trip. Thank you.

Sincerely,

Gordon Mehler
  B.R.S.

*The request is granted.*

cc: AUSA Lisa Baroni
    AUSA Julian Moore

SO ORDERED.
NEW YORK, NY
Sept 27 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Tel: (212) 661-2414 • Fax: (212) 661-8761 • E-mail: gmehler@mehlerlaw.com • Website: www.mehlerlaw.com