Law Offices of
# GORDON MEHLER PLLC
747 Third Avenue · 32nd Floor · New York, NY 10017

Gordon Mehler

Nathaniel Burney
Rebecca Campbell
Michael Rakower
Daniel Rothstein
Harvey Stuart
Joyce Young
Mengtao Yu

Rick Guimond
Ben Stadler

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 02 2013
```

April 30, 2013

BY FAX: 212-805-0426
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. O'Hara, (SDNY) S8 10 Cr. 228 (LTS)**

Dear Judge Swain:

Yesterday, during a conference call with AUSAs Julian Moore and Matthew Schwartz, they informed us that the date of the status conference in this case, currently scheduled for May 20, 2013, no longer works for them. They asked us to canvas defense counsel for alternative dates that do work for everyone. The afternoons of June 10th and June 11th are agreeable to all parties. Therefore, we respectfully request, on behalf of all counsel, that the status conference be re-scheduled to either of those two dates, or to a date thereafter that is convenient to the Court. Thank you for your courtesy.

Sincerely,

Gordon Mehler

cc: AUSA Lisa Baroni
AUSA Julian Moore
AUSA Matthew Schwartz
All Defense Counsel

*The conference is adjourned to June 10, 2013, at 3:00 pm.*

**SO ORDERED:**
5/2/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Tel: (212) 661-2414 · Fax: (212) 661-8761 · E-mail: gmehler@mehlerlaw.com · Website: www.mehlerlaw.com