Law Offices of
# GORDON MEHLER PLLC
747 Third Avenue • 32nd Floor • New York, NY 10017-2803

Gordon Mehler
*Principal*

Nathaniel Burney
Rebecca Campbell
Michael Rakower
Daniel Rothstein
Harvey Stuart
Joyce Young
Mongtao Yu
*Of Counsel*

Rick Guimond
Ben Stidler
*Paralegals*

June 21, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 24 2013

BY FAX 212-805-0426
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. O'Hara, (SDNY) S8 10 Cr. 228 (LTS)**

Dear Judge Swain:

I represent Jerome O'Hara in the above captioned case, whose travel is restricted to the Southern and Eastern Districts of New York. I write to request permission for Mr. O'Hara to travel with his family to Williamsburg, VA from June 30th until July 7th. Your Honor has approved multiple family trips for Mr. O'Hara in previous years.

Mr. O'Hara's pretrial service officer, Donna MacKay, has no objections to this trip and Assistant United States Attorneys Julian Moore and Matthew Schwartz defer to Ms. MacKay. Thank you.

Sincerely,

Gordon Mehler

Gordon Mehler

*The request is granted.*

cc:   AUSA Julian Moore
      AUSA Matthew Schwartz

SO ORDERED:
6/24/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Tel: (212) 661-2414 • Fax: (212) 661-8761 • E-mail: gmehler@mehlerlaw.com • Website: www.mehlerlaw.com