UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA    : | **NOTICE OF MOTION** |
|   -v-                                          : | S10 10 Cr. 228 (LTS) |
| DANIEL BONVENTRE,               : | |
| ANNETTE BONGIORNO,              | Filed Electronically |
| JOANN CRUPI,                              : | |
|     a/k/a "Jodi," | |
| JEROME O'HARA, and             : | |
| GEORGE PEREZ, | |
|                           : | |
|        Defendants. | |
|                            : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the Indictment and the accompanying memorandum of law, the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, will move this Court *in limine* for an order regarding the admissibility of certain evidence at the trial of this action, as well as for such other relief as the Court deems just and proper.

Dated:    New York, New York
          August 8, 2013

                                                      PREET BHARARA
                                                      United States Attorney

                            By:                 /s/
                                              MATTHEW L. SCHWARTZ
                                              JOHN T. ZACH
                                              RANDALL W. JACKSON
                                              Assistant United States Attorneys
                                              One Saint Andrew's Plaza
                                              New York, New York 10007
                                              Telephone:   (212) 637-1945 / 2410 / 1029
                                              Facsimile:     (212) 637-2452
                                              E-mail:          matthew.schwartz@usdoj.gov
                                                                           john.zach@usdoj.gov
                                                                            randall.jackson@usdoj.gov