UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

UNITED STATES OF AMERICA

        - against -                                         10 CR 228 (LTS)

DANIEL BONVENTRE et al.,                    **NOTICE OF MOTION**

                Defendants.
-------------------------------------------------------

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Daniel R. Bonventre will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Honorable Laura Taylor Swain, for:

(1)    *In Limine* relief as set forth in the accompanying memorandum of law;

(2)    An order directing the government to provide certain particulars and exhibits;

(3)    An order severing Mr. Bonventre's trial from that of his co-defendants and severing the tax and ERISA crimes charged in the indictment from the other charges against Mr. Bonventre; and

(4)    Other relief that may be warranted.

Dated: August 30, 2013

                                                ___/s/_____
                                                Andrew J. Frisch
                                                The Law Offices of Andrew J. Frisch
                                                40 Fulton Street, 23rd Floor
                                                New York, New York 10038
                                                212-285-8000
                                                afrisch@andrewfrisch.com

                                               *Counsel for Daniel Bonventre*