# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

ERIC R. BRESLIN
DIRECT DIAL: 973.424.2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: erbreslin@duanemorris.com

www.duanemorris.com

September 12, 2013

**VIA FEDERAL EXPRESS AND ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: **United States of America v. Jo Ann Crupi, 1:10-CR-00228-LTS**

Dear Judge Swain:

We are the attorneys for Jo Ann Crupi. We write on behalf of all defense counsel on the issue of the joint Requests to Charge which are due today under Your Honor's last scheduling order.

We received a draft of the proposed Requests to Charge from the government late in the day on Tuesday. This draft, as one would expect, is 109 pages long. There has just simply not been enough time for all defense counsel to review this draft and communicate and negotiate with the government as to our proposed modifications, subtractions or additions.

Accordingly, all defense counsel and counsel for the government spoke yesterday and agreed to the following proposal, subject, of course, to the Court's approval.

1. The government will submit its proposed draft of the Requests to Charge to the Court today.

2. Defense counsel will be afforded an additional three weeks to review the government's Requests to Charge and propose modifications or additions. All counsel will also use this time to attempt to negotiate and resolve any differences, so that what is ultimately submitted to the Court is as close to an agreed-upon, joint submission as possible.

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP            WALTER GREENHALGH, RESIDENT PARTNER
744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889            PHONE: +1 973 424 2000   FAX: +1 973 424 2001
DM1\2457833.1

Honorable Laura Taylor Swain
September 12, 2013
Page 2

DuaneMorris

We appreciate Your Honor's consideration.

Respectfully submitted,

*[signature]*

Eric R. Breslin

ERB:da

cc. All Counsel of Record (VIA ECF)

DM1\2457833.1