UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

      -v-

JEROME O'HARA,
GEORGE PEREZ,
DANIEL BONVENTRE,
ANNETTE BONGIORNO and
JO ANN CRUPI,

      Defendants.

-------------------------------------------------------x

No. 10 Cr. 228 (LTS)

### AMENDED ORDER

Due to a scheduling conflict, the final pretrial conference in this matter is rescheduled to **Wednesday, September 25, 2013, at 4:00 p.m.** in the Ceremonial Courtroom, Courtroom 9C, at 500 Pearl Street.

      SO ORDERED.

Dated: New York, New York
       September 17, 2013

                                      LAURA TAYLOR SWAIN
                                      United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: SEP 17 2013]