THE LAW OFFICES OF
# ANDREW J. FRISCH

40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038

(212) 285-8000
FAX: (646) 304-0352

WWW.ANDREWFRISCH.COM

September 24, 2013

BY ECF

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Bonventre et. al.
              Criminal Docket No. 10-cr-228 (LTS)

Dear Judge Swain:

       On behalf of all defendants in the above-referenced case, I submit herewith a proposed verdict sheet. Because we believe the government's proposed verdict sheet is inadequate, we respectfully submit our own proposal for Your Honor's review.

                                     Respectfully submitted,

                                       Andrew J. Frisch

cc: All Counsel

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - --x
UNITED STATES OF AMERICA
                                      :
v.
                                      :
DANIEL BONVENTRE,                         S10 10 Cr. 228 (LTS)
ANNETTE BONGIORNO,                    :
JOANN CRUPI,                          :
JEROME O'HARA, and
GEORGE PEREZ,                         :

Defendants.                           :
- - - - - - - - - - - - - - - - - - --x
```

**<u>VERDICT FORM</u>**

**Count One**

1. With respect to Count One, which charges all the defendants with knowingly and willfully conspiring to defraud Madoff Securities Investment Advisory clients through securities fraud, failure to make and keep records required of a broker-dealer, failure to maintain records required of an investment adviser, and mail fraud, how do you find each of the defendants?

   a. DANIEL BONVENTRE
   Guilty ___ Not Guilty ___

   b. ANNETTE BONGIORNO
   Guilty ___ Not Guilty ___

   c. JOANN CRUPI
   Guilty ___ Not Guilty ___

   d. JEROME O'HARA
   Guilty ___ Not Guilty ___

   e. GEORGE PEREZ
   Guilty ___ Not Guilty ___

1a. If you marked "guilty" for any defendant above, what object of the conspiracy, if any, do you unanimously find that the government has proven beyond a reasonable doubt, and for which defendant, if any? If you marked "Not Guilty", leave blank.

   a. Securities Fraud ___

As to: Bonventre ___ Bongiorno ___ Crupi ___ O'Hara ___ Perez ___

   b. Failure to make and keep records required of broker-dealer ___

As to: Bonventre ___ Bongiorno ___ Crupi ___ O'Hara ___ Perez ___

   c. Failure to maintain records required of an investment adviser ___

As to: Bonventre ___ Bongiorno ___ Crupi ___ O'Hara ___ Perez ___

   d. Mail Fraud ___

As to: Bonventre ___ Bongiorno ___ Crupi ___ O'Hara ___ Perez ___

**Count Two**

2. With respect to Count Two, which charges defendants Daniel Bonventre, JoAnn Crupi, Jerome O'Hara, and George Perez with conspiracy to commit securities fraud, failure to make and keep records required of a broker-dealer, and failure to maintain records required of an investment adviser, all in connection with audits of Madoff Securities, how do you find each of the defendants?

   a. DANIEL BONVENTRE
   Guilty ___  Not Guilty ___

   b. JOANN CRUPI
   Guilty ___  Not Guilty ___

   c. JEROME O'HARA
   Guilty ___  Not Guilty ___

   d. GEORGE PEREZ
   Guilty ___  Not Guilty ___

2a. If you marked "guilty" for any defendant above, what object of the conspiracy, if any, do you unanimously find that the government has proven beyond a reasonable doubt, and for which defendant, if any?  If you marked "Not Guilty", leave blank.

   a. Securities Fraud ___

As to: Bonventre ___  Crupi ___  O'Hara ___  Perez ___

   b. Failure to make and keep records required of broker-dealer ___

As to: Bonventre ___  Crupi ___  O'Hara ___  Perez ___

   c. Failure to maintain records required of an investment adviser ___

As to: Bonventre ___  Crupi ___  O'Hara ___  Perez ___

**Count Three**

3.   With respect to Count Three, which charges Daniel Bonventre with conspiring to commit securities fraud, failure to make and keep records and reports required of a broker-dealer, failure to maintain records required of an investment adviser, mail fraud, and bank fraud how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

3a.  If you marked "guilty", what object of the conspiracy, if any, do you unanimously find that the government has proven beyond a reasonable doubt? If you marked "Not Guilty", leave blank.

    a.   Securities Fraud ___

    b.   Failure to make and keep records required of broker-dealer ___

    c.   Failure to maintain records required of an investment adviser ___

    d.   Mail Fraud ___

    e.   Bank Fraud ___

**Count Four**

4.   With respect to Count Four, which charges Daniel Bonventre with conspiracy to commit tax fraud, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

**Count Five**

5.   With respect to Count Five, which charges Daniel Bonventre with conspiring to make false statements in documents required under the ERISA laws, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

**Count Six**

    6.    With respect to Count Six, which charges all the defendants with securities fraud on Madoff Securities Investment Advisory clients, how do you find each of the defendants?

        a. DANIEL BONVENTRE
        Guilty ___ Not Guilty ___

        b. ANNETTE BONGIORNO
        Guilty ___ Not Guilty ___

        c. JOANN CRUPI
        Guilty ___ Not Guilty ___

        d. JEROME O'HARA
        Guilty ___ Not Guilty ___

        e. GEORGE PEREZ
        Guilty ___ Not Guilty ___

**Count Seven**

    7.    With respect to Count Seven, which charges Daniel Bonventre, JoAnn Crupi, Jerome O'Hara, and George Perez with securities fraud in connection with the European accounting firm's reviews, how do you find each of the defendants?

        a. DANIEL BONVENTRE
        Guilty ___ Not Guilty ___

        b. JOANN CRUPI
        Guilty ___ Not Guilty ___

        c. JEROME O'HARA
        Guilty ___ Not Guilty ___

        d. GEORGE PEREZ
        Guilty ___ Not Guilty ___

**Count Eight**

    8. With respect to Count Eight, which charges Daniel Bonventre with securities fraud in connection with Madoff Securities' accounting practices, how do you find the defendant?

        DANIEL BONVENTRE
        Guilty ___ Not Guilty ___

**Count Nine**

    9. With respect to Count Nine, which charges all defendants with knowingly and willfully failing to make and keep records required of a broker-dealer, specifically alleged fake trading documents, how do you find each of the defendants?

        a. DANIEL BONVENTRE
        Guilty ___ Not Guilty ___

        b. ANNETTE BONGIORNO
        Guilty ___ Not Guilty ___

        c. JOANN CRUPI
        Guilty ___ Not Guilty ___

        d. JEROME O'HARA
        Guilty ___ Not Guilty ___

        e. GEORGE PEREZ
        Guilty ___ Not Guilty ___

    9a. If you marked "guilty" for any defendant above, please indicate below which false document or documents, or which category or categories of false documents, you have unanimously found that the particular defendant or defendants knowingly and willfully participated in making or maintaining.

        a. DANIEL BONVENTRE   _____

        b. ANNETTE BONGIORNO  _____

        c. JOANN CRUPI        _____

        d. JEROME O'HARA      _____

        e. GEORGE PEREZ       _____

**Count Ten**

10. With respect to Count Ten, which charges Daniel Bonventre, JoAnn Crupi, Jerome O'Hara and George Perez with knowingly and willfully failing to make and keep records required of a broker dealer, relating to the SEC & European accounting firm's reviews, how do you find each of the defendants?

   a. DANIEL BONVENTRE
   Guilty ___  Not Guilty ___

   b. JOANN CRUPI
   Guilty ___  Not Guilty ___

   c. JEROME O'HARA
   Guilty ___  Not Guilty ___

   d. GEORGE PEREZ
   Guilty ___  Not Guilty ___

10a. If you marked "guilty" for any defendant above, please indicate below which false document or documents, or which category or categories of false documents, you have unanimously found that the particular defendant or defendants knowingly and willfully participated in making or maintaining.

   a. DANIEL BONVENTRE  _____

   b. JOANN CRUPI  _____

   c. JEROME O'HARA  _____

   d. GEORGE PEREZ  _____

**Count Eleven**

11.  With respect to Count Eleven, which charges Daniel Bonventre with knowingly and willfully failing to make and keep records required of a broker-dealer, relating to alleged false accounting documents, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___  Not Guilty ___

11a. If you marked "guilty" above, please indicate below which false document or documents, or which category or categories of false documents, you have unanimously found that the defendant knowingly and willfully participated in making or maintaining.

    _____

**Count Twelve**

12. With respect to Count Twelve, which charges all the defendants with knowingly and willfully failing to make and keep the records and reports required of an investment advisor, specifically, alleged fake trading documents, how do you find each of the defendants?

    a. DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

    b. ANNETTE BONGIORNO
    Guilty ___ Not_Guilty ___

    c. JOANN CRUPI
    Guilty ___ Not Guilty ___

    d. JEROME O'HARA
    Guilty ___ Not Guilty ___

    e. GEORGE PEREZ
    Guilty ___ Not Guilty ___

12a. If you marked "guilty" for any defendant above, please indicate below which false document or documents, or which category or categories of false documents, you have unanimously found that the particular defendant or defendants knowingly and willfully participated in making or maintaining.

    a. DANIEL BONVENTRE    _____

    b. ANNETTE BONGIORNO   _____

    c. JOANN CRUPI         _____

    d. JEROME O'HARA       _____

    e. GEORGE PEREZ        _____

**Count Thirteen**

13. With respect to Count Thirteen, which charges Daniel Bonventre, JoAnn Crupi, Jerome O'Hara, and George Perez with knowingly and willfully failing to make and keep records and reports required of an investment adviser, in connection with the European accounting firm's reviews, how do you find each of the defendants?

   a. DANIEL BONVENTRE
   Guilty ___ Not Guilty ___

   b. JOANN CRUPI
   Guilty ___ Not Guilty ___

   c. JEROME O'HARA
   Guilty ___ Not Guilty ___

   d. GEORGE PEREZ
   Guilty ___ Not Guilty ___

13a. If you marked "guilty" for any defendant above, please indicate below which false document or documents, or which category or categories of false documents, you have unanimously found that the particular defendant or defendants knowingly and willfully participated in making or maintaining.

   a. DANIEL BONVENTRE  _____

   b. JOANN CRUPI       _____

   c. JEROME O'HARA     _____

   d. GEORGE PEREZ      _____

**Count Fourteen**

    14.  With respect to Count Fourteen, which charges Daniel Bonventre with knowingly and willfully failing to make and keep the records and reports required of an investment advisor, relating to alleged false accounting documents, how do you find the defendant?

        DANIEL BONVENTRE
        Guilty ___ Not Guilty ___

    14a.  If you marked "guilty" above, please indicate below which false document or documents, or which category or categories of false documents, you have unanimously found that the defendant knowingly and willfully participated in making or maintaining.

        _____

**Count Fifteen**

    15.  With respect to Count Fifteen, which charges Daniel Bonventre with knowingly and willfully failing to make and disseminate reports required of a broker-dealer, how do you find the defendant?

        DANIEL BONVENTRE
        Guilty ___ Not Guilty ___

    15a.  If you marked "guilty" above, please indicate below which false document or documents, or which category or categories of false documents, for which you found that the defendant knowingly and willfully participated in creating.

        _____

**Count Sixteen**

    16.  With respect to Count Sixteen, which charges JoAnn Crupi with conspiring to commit bank fraud, how do you find the defendant?

        JOANN CRUPI
        Guilty ___ Not Guilty ___

**Count Seventeen**

17. With respect to Count Seventeen, which charges JoAnn Crupi with bank fraud, how do you find the defendant?

    JOANN CRUPI
    Guilty ___ Not Guilty ___

**Count Eighteen**

18. With respect to Count Eighteen, which charges Daniel Bonventre with bank fraud, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

**Count Nineteen**

19. With respect to Count Nineteen, which charges Daniel Bonventre with knowingly and willfully making false filings in documents required under the ERISA laws, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

**Count Twenty**

20. With respect to Count Twenty, which charges Daniel Bonventre with willfully making and subscribing to a false income tax return for the year 2003, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

**Count Twenty-One**

21. With respect to Count Twenty-One, which charges Daniel Bonventre with willfully making and subscribing to a false income tax return for the year 2004, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

**Count Twenty-Two**

22. With respect to Count Twenty-Two, which charges Daniel Bonventre with willfully making and subscribing to a false income tax return for the year 2006, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

**Count Twenty-Three**

23. With respect to Count Twenty-Three, which charges Daniel Bonventre with willfully making and subscribing to a false income tax return for the year 2007, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

**Count Twenty-Four**

24. With respect to Count Twenty-Four, which charges Daniel Bonventre with corruptly obstructing the due administration of the Internal Revenue laws, how do you find the defendant?

    DANIEL BONVENTRE
    Guilty ___ Not Guilty ___

**Count Twenty-Five**

25. With respect to Count Twenty-Five, which charges Annette Bongiorno with tax evasion for the year 2004, how do you find the defendant?

    ANNETTE BONGIORNO
    Guilty ___ Not Guilty ___

**Count Twenty-Six**

26. With respect to Count Twenty-Six, which charges Annette Bongiorno with tax evasion for the year 2005, how do you find the defendant?

    ANNETTE BONGIORNO
    Guilty ___ Not Guilty ___

**Count Twenty-Seven**

27. With respect to Count Twenty-Seven, which charges Annette Bongiorno with tax evasion for the year 2006, how do you find the defendant?

    ANNETTE BONGIORNO
    Guilty ___ Not Guilty ___

**Count Twenty-Eight**

28. With respect to Count Twenty-Eight, which charges Annette Bongiorno with tax evasion for the year 2007, how do you find the defendant?

    ANNETTE BONGIORNO
    Guilty ___ Not Guilty ___

**Count Twenty-Nine**

29. With respect to Count Twenty-Nine, which charges Annette Bongiorno with tax evasion for the year 2008, how do you find the defendant?

    ANNETTE BONGIORNO
    Guilty ___ Not Guilty ___

**Count Thirty**

30. With respect to Count Thirty, which charges Annette Bongiorno with corruptly obstructing the due administration of the Internal Revenue laws, how do you find the defendant?

    ANNETTE BONGIORNO
    Guilty ___ Not Guilty ___

**Count Thirty-One**

31. With respect to Count Thirty-One, which charges JoAnn Crupi with tax evasion for the year 2004, how do you find the defendant?

    JOANN CRUPI
    Guilty ___ Not Guilty ___

**Count Thirty-Two**

    32. With respect to Count Thirty-Two, which charges JoAnn Crupi with tax evasion for the year 2007, how do you find the defendant?

        JOANN CRUPI
        Guilty ___   Not Guilty ___

**Count Thirty-Three**

    33. With respect to Count Thirty-Three, which charges JoAnn Crupi with tax evasion for the year 2008, how do you find the defendant?

        JOANN CRUPI
        Guilty ___   Not Guilty ___

                                            _____
                                            FOREPERSON