**Duane Morris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE
MUSCAT, OMAN
"A GCC REPRESENTATIVE
OFFICE OF DUANE MORRIS"

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: erbreslin@duanemorris.com

www.duanemorris.com

September 26, 2013

**VIA ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   **United States v. Bonventre et. al., No. 10-cr-228 (LTS)**

Dear Judge Swain:

On behalf of all defendants, we request the Court's authorization to extend the Court's September 24, 2013 Order to bring various computing and electronic devices into the courthouse for use during trial. The Court's September 24, 2013 Order, attached here, permits defense counsel to bring in equipment beginning on October 7. In light of the Court's plan for jury selection set forth at the pre-hearing conference yesterday, defense counsel believes it will be most expeditious to review jury questionnaires in the room set up in the courthouse for use by the defense. To that end, defense counsel respectfully requests permission to bring electronic equipment into the Courthouse for the preliminary jury selection days.

Respectfully submitted,

Eric R. Breslin

Enclosures

cc:   All Counsel (Via ECF)

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                                    WALTER GREENHALGH, RESIDENT PARTNER
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                      PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 10 CR 228 (LTS) |
| - against – | |
| DANIEL BONVENTRE, ANNETTE BONGIORNO, JO ANN CRUPI, JEROME O'HARA, and GEORGE PEREZ, | |
| defendants. | |

The Court hereby authorizes the listed attorneys to bring the computing devices listed in the Court's September 24, 2013 Order for use of computing devices during trial, in addition to any cellular telephone permitted to the attorney with a "Secure Pass", for use during jury selection the above-captioned action, which is anticipated to begin on October 2, 2013, and conclude on or about October 4, 2013.

The attorneys identified in the September 24, 2013 must present a copy of this Order and the September 24, 2013 Order when entering the Courthouse.  Their bringing of the equipment into the building constitutes a certification by them that the electronic devices lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions.

2

This order does not authorize any attorney or law firm to bring more than three computing devices into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.

Dated: _____

_____
Honorable Laura Taylor Swain
United States District Court Judge

RECEIPT ACKNOWLEDGED

_____

Chair (or designee), Technology Committee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 10 CR 228 (LTS) |
| - against - | |
| DANIEL BONVENTRE, ANNETTE BONGIORNO, JO ANN CRUPI, JEROME O'HARA, and GEORGE PEREZ, | |
| defendants. | |

The Court hereby authorizes the following attorneys to bring the computing devices listed below into the Courthouse, in addition to any cellular telephone permitted to the attorney with a "Secure Pass", for use in a trial or proceeding in the above-captioned action, which is anticipated to begin on October 7, 2013, and conclude on or about March 1, 2013.

The attorneys and/or paralegals identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic devices lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions.

| Attorney | Devices |
|---|---|
| Eric R. Breslin | Laptop |
| | Laptop |
| | iPad |
| | iPhone |
| | Blackberry |
| | Flash Drive |
| | External Hard Drive |

DM1\4199786.1

| | |
|---|---|
| Melissa S. Geller | Laptop<br>Laptop<br>iPad<br>Flash Drive<br>iPhone<br>External Hard Drive |
| Larry Krantz | Laptop<br>Laptop<br>iPhone<br>iPhone<br>iPad<br>iPad<br>External Hard Drive<br>Flash Drive |
| Kimberly Yuhas | Laptop<br>Laptop<br>iPhone<br>iPhone<br>iPad<br>iPad<br>External Hard Drive<br>Flash Drive |
| Roland Riopelle | Laptop<br>Blackberry<br>External Hard Drive<br>Flash Drive |
| Maurice Secarz | Laptop<br>iPhone<br>External Hard Drive<br>Flash Drive |
| Gordon Mehler | iPhone<br>Cell phone<br>Laptop<br>Laptop<br>iPad<br>iPad<br>Flash drive<br>External Hard Drive |
| Sarah Lum | Cell phone<br>Cell phone<br>Laptop<br>Laptop<br>iPad<br>iPad<br>External Hard Drive<br>Flash Drive |

| Andrew Frisch | iPhone |
| | Laptop |
| | Microsoft Surface Tablet / iPad |
| | Flash drive |
| | External Hard Drive |
| Amanda Bassen | iPhone |
| | Laptop |
| | iPad |
| | Flash drive |
| | External Hard Drive |
| Jeremy Sporn | iPhone |
| | Laptop |
| | Tablet |
| | Flash Drive |
| | External Hard Drive |
| Gary Villaneuva | Cell phone |
| | Laptop |
| | Tablet |
| | Flash Drive |
| | External Hard Drive |

This order does not authorize any attorney or law firm to bring more than three computing devices into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

*This order resolves docket entry no. 444*

SO ORDERED.

Dated: September 24, 2013

Honorable Laura Taylor Swain
United States District Court Judge

RECEIPT ACKNOWLEDGED

Chair (or designee), Technology Committee

DM1\4199756.1

3