UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-                                                                 No. 10 Cr. 228 (LTS)

DANIEL BONVENTRE et al.,

        Defendants.

-------------------------------------------------------x

## ORDER

A pretrial conference will be held in the above captioned matter on **Tuesday, October 8, 2013, at 9:00 a.m** in Courtroom **17C**, at 500 Pearl Street.

Jury selection will continue at **10:00 a.m.** in the Ceremonial Courtroom, Courtroom **9C**, at 500 Pearl Street.

SO ORDERED.

Dated: New York, New York
      October 4, 2013

                                                            LAURA TAYLOR SWAIN
                                                          United States District Judge