U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2013

BY ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 755
New York, New York 10007

Re: *United States v. Daniel Bonventre, et al.*
No. S10 10 Cr. 228 (LTS)

Dear Judge Swain:

As we advised the Court yesterday, we have consulted with both TrialGraphix (the private contractor retained by the Government to install and manage the audio/video set-up of the Ceremonial Courtroom), as well as budgeting officials within our Office, about the feasibility of setting up an additional monitor for defense counsel. TrialGraphix has advised us that it can set up another monitor at an incremental cost of $135 per month (for a total of $8,337 per month); due to restrictions on TrialGraphix's current inventory, the additional monitor is not likely to be the same model as the others, although it will be the same size. Our Office's budgeting officials have approved this additional cost, notwithstanding the current lapse in funding. Accordingly, the Government respectfully requests that the Court endorse this letter with an authorization allowing TrialGraphix to bring the necessary equipment into the Courthouse and to complete the additional temporary modifications to the Ceremonial Courtroom. Thank you for your consideration. I can be reached at the number below if there is any other information that would be helpful to the Court.

Respectfully,

/s/ Matthew L. Schwartz
MATTHEW L. SCHWARTZ
JOHN T. ZACH
RANDALL W. JACKSON
Assistant United States Attorneys
Tel.: (212) 637-1945

cc: BY ECF
All defense counsel

---

*[Handwritten endorsement:]* The installation is approved, and the Court thanks the USAO for its prompt attention to resolution of this issue. This resolves Docket entry no. 490.

SO ORDERED:
/s/ Laura Taylor Swain  10/11/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED