UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

      -v-

DANIEL BONVENTRE et al.,

      Defendants.
-------------------------------------------------------x

No. 10 Cr. 228 (S10) (LTS)

## ORDER

For the reasons stated on the record at the conference on Monday, October 21, 2013, the Defense motions filed by George Perez and Jerome O'Hara to exclude certain testimony by the Government witness Matthew Cohen, are denied. However, the anticipated statement that the Government intends to elicit from Mr. Cohen about what Mr. Perez allegedly told Mr. Cohen is permitted only in the redacted first-person form that was specified by the Court on October 21, 2013, and the Court will give an appropriate limiting instruction to the jury.

As the parties have informed the Court that the issues raised in Defendant Annette Bongiorno's motion, filed as docket entry number 503, have been resolved, the Clerk of Court is hereby requested to terminate this motion.

This Order resolves docket entry numbers 494, 503 and 506.

SO ORDERED.

Dated: New York, New York
      October 22, 2013

                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge