October 22, 2013

U.S. District Judge Laura Taylor Swain
Southern District of New York
200 Pearl Street
New York, NY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: OCT 2 3 2013

Dear Judge Swain:

I am a reporter with Newsday, covering the trial of U.S. v. O'Hara, 10CR228, currently on trial before you. I write with regard to statements you made today at the request of defense counsel seeking to direct members of the press not to publish Social Security numbers shown on an exhibit in open court.

To the extent your comments were a request, I do not expect to publish any social security numbers. However, I believe you framed your remark as a "direction," and I don't believe a prior restraint ordering the press not to publish testimony or items displayed in open court is appropriate.

I stood to object at the time, and you did not recognize me. I now object by this letter. If you believe that you have the power to issue orders as to what the press can and can not publish during this trial, please advise me so that I can alert Newsday's lawyers and they can take such steps as they deem advisable.

Thank you.

John Riley
Newsday
516-458-2393

As stated on the record, it is a request.
10/22/13

LAURA TAYLOR SWAIN, U.S.D.J