UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------x
UNITED STATES OF AMERICA

      -v-

DANIEL BONVENTRE et al.,

      Defendants.
-------------------------------------------------------x

No. 10 Cr. 228 (S10) (LTS)

ORDER

For the reasons stated at the conference on Monday, November 4, 2013, Defendant George Perez and Jerome O'Hara's motion to exclude a portion of the anticipated testimony by the upcoming Government witness, Eleanor Squillari, is granted.

This Order resolves docket entry number 522.

The Clerk of Court is also requested to terminate docket entry number 516, which was previously resolved.

SO ORDERED.

Dated: New York, New York
      November 5, 2013

/s/ LAURA TAYLOR SWAIN
United States District Judge