UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

No. 10 Cr. 228 (S10) (LTS)

DANIEL BONVENTRE et al.,

    Defendants.

-------------------------------------------------------x

## ORDER

For the reasons stated at the conference on Tuesday, November 19, 2013, the remaining portion of Defendant Annette Bongiorno's motion in limine, not previously resolved by the parties, regarding evidentiary rulings in connection with the testimony of Enrica Contellessa-Pitz, which Defendant Jo Ann Crupi also joins, is denied for the reasons stated on the record at the November 19, 2013, conference.

Defendant Daniel Bonventre's motion regarding the testimony of David Friehling is also denied for the reasons stated on the record at the conference.

This Order resolves docket entry numbers 531 and 533.

SO ORDERED.

Dated: New York, New York
November 20, 2013

LAURA TAYLOR SWAIN
United States District Judge