UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA

                                :

        v.

                                :

DANIEL BONVENTRE,                     **S10 10 Cr. 228 (LTS)**
ANNETTE BONGIORNO,       :
JOANN CRUPI, a/k/a "Jodi,"
JEROME O'HARA,  and
GEORGE PEREZ,            :

                Defendants.     :
--------------------------------------------------------x

## <u>VERDICT FORM</u>

**Count One**

1.      With respect to Count One, which charges all five of the Defendants with participating in a criminal conspiracy to defraud the investment advisory clients of Madoff Securities, how do you find each of the Defendants?

        a.     DANIEL BONVENTRE

            Guilty \_\_\_\_          Not Guilty \_\_\_\_

        b.     ANNETTE BONGIORNO

            Guilty \_\_\_\_          Not Guilty \_\_\_\_

        c.     JO ANN CRUPI

            Guilty \_\_\_\_          Not Guilty \_\_\_\_

        d.     JEROME O'HARA

            Guilty \_\_\_\_          Not Guilty \_\_\_\_

e.      GEORGE PEREZ

Guilty ____            Not Guilty ____


**Count Two**

2.      With respect to Count Two, which charges Defendants DANIEL BONVENTRE,
JO ANN CRUPI, JEROME O'HARA and GEORGE PEREZ with participating in
a criminal conspiracy involving securities fraud and falsification of books and
records in connection with audits of Madoff Securities, how do you find each of
the Defendants?

a.      DANIEL BONVENTRE

Guilty ____            Not Guilty ____

b.      JO ANN CRUPI

Guilty ____            Not Guilty ____

c.      JEROME O'HARA

Guilty ____             Not Guilty ____

d.      GEORGE PEREZ

Guilty ____            Not Guilty ____

**Count Three**

    3.      With respect to Count Three, which charges Defendant DANIEL BONVENTRE with participating in a criminal conspiracy at Madoff Securities to engage in accounting fraud and to defraud banks, how do you find the Defendant?

               DANIEL BONVENTRE

               Guilty____        Not Guilty____

**Count Four**

    4.      With respect to Count Four, which charges Defendant DANIEL BONVENTRE with participating in a criminal conspiracy to commit tax fraud at Madoff Securities in connection with IRS audits of Bernard Madoff's taxes, how do you find the Defendant?

               DANIEL BONVENTRE

               Guilty____        Not Guilty____

**Count Five** [NO VERDICT REQUESTED]

**Count Six**

    6.      With respect to Count Six, which charges all five of the Defendants with securities fraud in connection with Madoff Securities investment advisory clients, how do you find each of the Defendants?

         a.      DANIEL BONVENTRE

               Guilty____        Not Guilty____

    b.      ANNETTE BONGIORNO

        Guilty____           Not Guilty____

    c.      JO ANN CRUPI

        Guilty____           Not Guilty____

    d.      JEROME O'HARA

        Guilty____           Not Guilty____

    e.      GEORGE PEREZ

        Guilty____           Not Guilty____

**Count Seven**

7.      With respect to Count Seven, which charges Defendants DANIEL BONVENTRE, JO ANN CRUPI, JEROME O'HARA and GEORGE PEREZ with securities fraud in connection with audits at Madoff Securities, how do you find each of the Defendants?

        a.      DANIEL BONVENTRE

        Guilty____           Not Guilty____

        b.      JO ANN CRUPI

        Guilty____           Not Guilty____

        c.      JEROME O'HARA

        Guilty____           Not Guilty____

       d.      GEORGE PEREZ

            Guilty____            Not Guilty____

**Count Eight**

8.     With respect to Count Eight, which charges Defendant DANIEL BONVENTRE with securities fraud in connection with Madoff Securities' accounting practices, how do you find the Defendant?

            DANIEL BONVENTRE

            Guilty____            Not Guilty____

**Count Nine**

9.     With respect to Count Nine, which charges all five of the Defendants with falsifying the books and records of a broker-dealer, in connection with fraudulent trading documents, how do you find each of the Defendants?

       a.      DANIEL BONVENTRE

            Guilty____            Not Guilty____

       b.      ANNETTE BONGIORNO

            Guilty____            Not Guilty____

       c.      JO ANN CRUPI

            Guilty____            Not Guilty____

       d.      JEROME O'HARA

           Guilty____          Not Guilty____

       e.      GEORGE PEREZ

           Guilty____          Not Guilty____

**Count Ten**

10.    With respect to Count Ten, which charges Defendants DANIEL BONVENTRE, JO ANN CRUPI, JEROME O'HARA and GEORGE PEREZ with falsifying the books and records of a broker-dealer in connection with certain audits, how do you find each of the Defendants?

       a.      DANIEL BONVENTRE

           Guilty____          Not Guilty____

       b.      JO ANN CRUPI

           Guilty____          Not Guilty____

       c.      JEROME O'HARA

           Guilty____          Not Guilty____

       d.      GEORGE PEREZ

           Guilty____          Not Guilty____

**Count Eleven**

11.     With respect to Count Eleven, which charges Defendant DANIEL BONVENTRE
        with falsifying the books and records of a broker-dealer in connection with
        fraudulent accounting documents, how do you find the Defendant?

                a.      DANIEL BONVENTRE

                        Guilty____            Not Guilty____


**Count Twelve**

12.     With respect to Count Twelve, which charges all five of the Defendants with
        falsifying the records of an investment advisor by creating fraudulent trading
        documents, how do you find each of the Defendants?

                a.      DANIEL BONVENTRE

                        Guilty____            Not Guilty____

                b.      ANNETTE BONGIORNO

                        Guilty____            Not Guilty____

                c.      JO ANN CRUPI

                        Guilty____            Not Guilty____

                d.      JEROME O'HARA

                        Guilty____            Not Guilty____

                e.      GEORGE PEREZ

                        Guilty____            Not Guilty____

**Count Thirteen**

13.     With respect to Count Thirteen, which charges Defendants DANIEL BONVENTRE, JO ANN CRUPI, JEROME O'HARA and GEORGE PEREZ with falsifying the records of an investment adviser by creating fraudulent trading documents, how do you find each of the Defendants?

         a.     DANIEL BONVENTRE

            Guilty____        Not Guilty____

         b.     JO ANN CRUPI

            Guilty____        Not Guilty____

         c.     JEROME O'HARA

            Guilty____        Not Guilty____

         d.     GEORGE PEREZ

            Guilty____        Not Guilty____

**Count Fourteen**

14.     With respect to Count Fourteen, which charges Defendant DANIEL BONVENTRE with falsifying the books and records of an investment adviser in connection with fraudulent accounting documents, how do you find the Defendant?

            DANIEL BONVENTRE

            Guilty____        Not Guilty____

**Count Fifteen**

15.     With respect to Count Fifteen, which charges Defendant DANIEL BONVENTRE with causing a false and misleading filing to be made with the SEC, how do you find the Defendant?

DANIEL BONVENTRE

Guilty____            Not Guilty____

**Count Sixteen**

16.     With respect to Count Sixteen, which charges Defendant JO ANN CRUPI with participating in a criminal conspiracy to commit bank fraud in connection with loans obtained on behalf of Madoff Securities employee David Kugel, how do you find the Defendant?

JO ANN CRUPI

Guilty____            Not Guilty____

**Count Seventeen**

17.     With respect to Count Seventeen, which charges Defendant JO ANN CRUPI with bank fraud in connection with loans obtained on behalf of Madoff Securities employees David Kugel and Craig Kugel, and Heather Kugel, how do you find the Defendant?

JO ANN CRUPI

Guilty____            Not Guilty____

**Count Eighteen**

18.     With respect to Count Eighteen, which charges Defendant DANIEL
        BONVENTRE with bank fraud in connection with loans obtained on behalf of
        Madoff Securities, how do you find the Defendant?

                        DANIEL BONVENTRE

                Guilty____              Not Guilty____

**Count Nineteen** [NO VERDICT REQUESTED]

**Count Twenty**

20.     With respect to Count Twenty, which charges Defendant DANIEL
        BONVENTRE with making and subscribing to a false income tax return for the
        year 2003, how do you find the Defendant?

                        DANIEL BONVENTRE

                Guilty____              Not Guilty____

**Count Twenty-One**

21.     With respect to Count Twenty-One, which charges Defendant DANIEL
        BONVENTRE with making and subscribing to a false income tax return for the
        year 2004, how do you find the Defendant?

                        DANIEL BONVENTRE

                Guilty____              Not Guilty____

**Count Twenty-Two**

22.     With respect to Count Twenty-Two, which charges Defendant DANIEL
BONVENTRE with making and subscribing to a false income tax return for the
year 2006, how do you find the Defendant?

DANIEL BONVENTRE

Guilty____            Not Guilty____


**Count Twenty-Three**

23.     With respect to Count Twenty-Three, which charges Defendant DANIEL
BONVENTRE with making and subscribing to a false income tax return for the
year 2007, how do you find the Defendant?

DANIEL BONVENTRE

Guilty____            Not Guilty____


**Count Twenty-Four**

24.     With respect to Count Twenty-Four, which charges Defendant DANIEL
BONVENTRE with corruptly obstructing the lawful administration of the
Internal Revenue Laws in connection with IRS audits of Bernard Madoff's taxes,
how do you find the Defendant?

DANIEL BONVENTRE

Guilty____            Not Guilty____

**Count Twenty-Five**

    25.    With respect to Count Twenty-Five, which charges Defendant ANNETTE BONGIORNO with tax evasion for the year 2004, how do you find the Defendant?

        ANNETTE BONGIORNO

        Guilty____        Not Guilty____

**Count Twenty-Six**

    26.    With respect to Count Twenty-Six, which charges Defendant ANNETTE BONGIORNO with tax evasion for the year 2005, how do you find the Defendant?

        ANNETTE BONGIORNO

        Guilty____        Not Guilty____

**Count Twenty-Seven**

    27.    With respect to Count Twenty-Seven, which charges Defendant ANNETTE BONGIORNO with tax evasion for the year 2006, how do you find the Defendant?

        ANNETTE BONGIORNO

        Guilty____        Not Guilty____

**Count Twenty-Eight**

28.     With respect to Count Twenty-Eight, which charges Defendant ANNETTE
        BONGIORNO with tax evasion for the year 2007, how do you find the
        Defendant?

                ANNETTE BONGIORNO

                Guilty____          Not Guilty____

**Count Twenty-Nine**

29.     With respect to Count Twenty-Nine, which charges Defendant ANNETTE
        BONGIORNO with tax evasion for the year 2008, how do you find the
        Defendant?

                ANNETTE BONGIORNO

                Guilty____          Not Guilty____

**Count Thirty**

30.     With respect to Count Thirty, which charges Defendant ANNETTE
        BONGIORNO with corruptly obstructing the lawful administration of the Internal
        Revenue Laws, how do you find the Defendant?

                ANNETTE BONGIORNO

                Guilty____          Not Guilty____

**Count Thirty-One**

    31.    With respect to Count Thirty-One, which charges Defendant JO ANN CRUPI with tax evasion for the year 2004, how do you find the Defendant?

        JO ANN CRUPI

        Guilty____        Not Guilty____

**Count Thirty-Two**

    32.    With respect to Count Thirty-Two, which charges Defendant JO ANN CRUPI with tax evasion for the year 2007, how do you find the Defendant?

        JO ANN CRUPI

        Guilty____        Not Guilty____

**Count Thirty-Three**

    33.    With respect to Count Thirty-Three, which charges Defendant JO ANN CRUPI with tax evasion for the year 2008, how do you find the Defendant?

        JO ANN CRUPI

        Guilty____        Not Guilty____

Dated: New York, New York
       March_____, 2014

                       _____
                       **Signature of Foreperson**