To the Jury:

We have received your note, which has been marked as Court exhibit 56. We will respond to it on Monday.

Judge Swain  
March 21, 2014  
4:10 p.m

Court Exhibit 57

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: MAR 21 2014