# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Wendy Gerstmann Powell
*Special Counsel*

Kimberly A. Yuhas

David V. Kirby
Aaron Twersky
*Of Counsel*

Writer's E-mail
lkrantz@krantzberman.com



March 31, 2014

**BY ECF and E-MAIL**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: <u>U.S. v. Bonventre, et al., 10 Cr. 228 (LTS)</u>

Dear Judge Swain:

We represent defendant George Perez in the above matter, and write on his behalf as well as on behalf of all other defendants.

Following the verdict in this case, Your Honor ordered that all post-trial motions on behalf of the defendants be filed by April 14, 2014 (21 days from the verdict). While all defense counsel had previously moved for judgments of acquittal pursuant to Fed. R. Crim. P. 29, we had not expressly moved for a new trial pursuant to Rule 33. Accordingly, in an abundance of caution, and in light of the 14 day requirement set forth in Rule 33(b)(2), we hereby ask that the deadline for filing all motions for a new trial under Rule 33 be extended to April 14, 2014. Such an extension is permissible by virtue of Rule 45(b). The Government consents to this application.

Thank you for your consideration of this letter.

*The request is granted.*

Respectfully submitted,

**SO ORDERED:**
/s/ 4/2/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Larry H. Krantz

cc: All Counsel (By ECF)

747 Third Avenue   32nd Floor   New York, New York 10017-2803   Telephone 212.661.0009   Fax 212.355.5009   www.krantzberman.com