Law Offices of
# GORDON MEHLER PLLC

747 Third Avenue ◊ 32nd Floor ◊ New York, NY 10017-2803

**ORIGINAL**

Gordon Mehler
*Principal*

Nathaniel Burney
Rebecca Campbell
Michael Rakower
Daniel Rothstein
Harvey Stuart
Joyce Young
Mengtao Yu
*Of Counsel*

Rick Guimond
Ben Stadler
*Paralegals*

May 1, 2014

**BY FAX**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 5 2014
```

Re:   **United States v. O'Hara, (SDNY) S8 10 Cr. 228 (LTS)**

Dear Judge Swain:

   I represent Jerome O'Hara in the above captioned case, whose travel is restricted to the Southern and Eastern Districts of New York and who has a 12-hour curfew. I write to request permission for Mr. O'Hara to travel to two upcoming family weddings. One is May 9th in Spring Lake, NJ, and the other is June 7th in Princeton, NJ. Both weddings would be single-day trips, so we would also request that Mr. O'Hara's curfew be extended to 14 hours on those dates to insure his safe return home in case of traffic. Your Honor has approved well over a dozen previous trips for Mr. O'Hara without any issues.

   The government has indicated it does object to this request. Mr. O'Hara's Pretrial Services officer, Anna Lee, has no objection. Thank you.

Sincerely,

Gordon Mehler
B.R.S.

cc:   AUSA Matthew Schwartz

*The request is granted.*

**SO ORDERED:**
5/5/2014
**HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE**

Tel: (212) 661-2414 ◊ Fax: (212) 661-8761 ◊ E-mail: gmehler@mehlerlaw.com ◊ Website: www.mehlerlaw.com