USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

DANIEL BONVENTRE et al.,

    Defendants.

-------------------------------------------------------x

No. 10CR228-LTS

## ORDER

Probation will issue the Presentence Reports for Defendants Bonventre, Bongiorno, Crupi, O'Hara and Perez by July 2, 2014. The deadlines for the submission of Defendants' sentencing memoranda, which are currently due by July 7, 8, or 9, 2014 (depending on the Defendant), are hereby adjourned to **July 9, 10, and 11, 2014,** respectively. The Government's deadlines for its sentencing submissions are also adjourned to **July 16, 17 and 18, 2014.**

The Government must provide its proposed preliminary orders of forfeiture, along with a description of the evidentiary bases for its positions and declarations supporting the Government's forfeiture theories, as outlined in the Government's June 25, 2014, letter, four weeks prior to sentencing (i.e., **June 30, July 1, or July 2,** depending on the Defendant).

The Defendants' responses to the Government's proposed preliminary orders of forfeiture, including any opposition declarations, are hereby due on **July 14, 15, or 16, 2014** (depending on the Defendant).

The Government's replies will be due on **July 18, 19 and 20, 2014.**

This Order resolves docket entry numbers 1033, 1037 and 1038.

SO ORDERED.

Dated: New York, New York
June 30, 2014

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge