# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Wendy Gerstmann Powell
*Special Counsel*

Kimberly A. Yuhas

David V. Kirby
Aaron Twersky
*Of Counsel*

Writer's E-mail
lkrantz@krantzberman.com

July 1, 2014

**BY E-MAIL**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>U.S. v. Bonventre, et al., 10 Cr. 228 (LTS)</u>

Dear Judge Swain:

    We are writing on behalf of all defendants in the above matter.

    As Your Honor is aware, as we await decision on the post-trial motions, there are many critical sentencing issues that are being briefed over the next three weeks. These relate to crucial issues such as loss calculation under the sentencing guidelines and forfeiture questions involving billions of dollars and homes where families reside. To state the obvious, the disagreements between the defense and the Government on these issues are profound and complex, as will be clear once Your Honor receives the Pre-Sentence Reports and the sentencing submissions.

    While many of these questions must be decided individually as to each defendant, there are common legal issues that pervade the decisions that the Court will have to make prior to sentencing. Accordingly, we are writing to request that the Court schedule at least one joint court appearance prior to sentencing, so that these legal issues can be addressed as a group, and we can each have an opportunity to argue these points to Your Honor.

    Our concern is that if there is no joint court appearance, by the time that our individual client is sentenced, many of these legal issues will already have been decided – in principal at least -- at the sentencing of those defendants who precede us. For example, since Mr. Perez is scheduled to be sentenced last, many of these determinations will already have been made – in principal -- before we even have an opportunity to address them with the Court. Thus, it seems wise to have at least one joint court appearance prior to the commencement of sentencing.

    Based on the current schedule, all briefing will be concluded by July 23, 2014. Accordingly, we respectfully request that the Court set a status conference for July 25, 2014, so that these substantial legal issues may be addressed at that time. All defense counsel are

To:  Hon. Laura Taylor Swain
July 1, 2014
Page 2 of 2

available on that date.  We apologize for the tight time-frame, but we are trying to accommodate the schedule that has been set by the Court, which has sentencings commencing on July 28, 2014.  Of course, we are amenable to any alternative schedule that the Court might set so as to provide additional time for consideration of these weighty and important issues.

      Thank you for your consideration of this request.

                        Respectfully submitted,

                        Larry H. Krantz

cc:     All Counsel (By ECF)