

US v. Bonventre, 10 CR. 228 et al.

From: "Schwartz, Matthew (USANYS)"
To: 
Cc: "Zach. John (USANYS)", "Jackson, Randall (USANYS)", "Andrew Frisch", "Amanda Bassen"

History: This message has been replied to.

3 attachments

2014.07.02 Letter to LTS (Status Conference).pdf  Santiago.pdf  Valle.pdf

Ms. Courtney --

Attached is a brief letter in response to Mr. Krantz's letter of yesterday, which requested a conference on the 25th. It was just filed on ECF.

We are also in receipt of the letters filed by Mr. Frisch (yesterday) and Mr. Krantz (today) drawing the Court's attention to Judge Gardephe's recent decision in United States v. Valle. Unless the Court believes it would be helpful, we do not intend to respond to those letters, as the Valle opinion contains no finding of misconduct, and was decided on the unique facts of that case. Similarly, Judge Glasser's opinion in United States v. Santiago, referenced in Mr. Krantz's letter, turns on the unique facts of that case. For the Court's convenience, we attach copies of the two opinions, which were not included with the copies of the letters served on the Government.

Matthew L. Schwartz
Assistant U.S. Attorney
1 St. Andrew's Plaza
New York, New York 10007
Tel.: 212-637-1945
Fax: 212-637-2452
E-mail: