**George Perez**



June 16, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re: **United States v. George Perez, et al., 10-CR-228 (LTS)**

Dear Honorable Judge Swain:

I write to you today on my behalf hoping you will get to know me a little better.  I was born in the South Bronx to two beautiful young parents, my mother was 17, my father was 20. They toiled and toiled to give my sister and I the best life they could.  My father woke up at 3:00 am every day to go to work and my mother tirelessly looked after the home and our studies.  A week or two in the summer I would go to work with my father, we sold newspapers, magazines, and candy. It was hard work. He worked like this up until a few years ago before retiring. We lived in an old tenement, had no car and the only vacations we ever took was the yearly trip by subway to Coney Island, it was our Disney World. Our parents spent their weekends with us reading, fishing, visiting parks, museums, movie theaters, and beaches. They showered us with love and attention. Despite having very little, we felt like we had everything and it was more than enough. I had a beautiful childhood.

My parents, never having finished high school, wanted my sister and I to receive a higher education more than anything else. We made them very proud when we both graduated from college. In 1991, I went to work for Bernard L. Madoff. In the newspapers and trade magazines, I read about his reputation on Wall Street and all the boards and committees he sat on. I rode the elevator with many important and wealthy people who were in the building to meet with him. You knew who they were, they were the giddy ones. The entire universe revered him and I was proud to work for such an important man. I worked hard and earned or thought I earned the respect of the most important people at the firm, Liz Weintraub, Bernard Madoff and Frank Dipascali.  I worked there for 17 years and in that time, I married and had two daughters, A█████ and A█████. I had a beautiful young adulthood.

The next stage of my life is surreal. As you know I was arrested, indicted and found guilty at trial. It hurt me to see Frank Dipascali testify. I once called him friend and respected him like a son would a father. He would call us his "boys" and we thought it was just plain old affection. Today, I know better. During the trial, I sat through his colorful testimony and watched everyone eat it all up, just like I once did. I watched the prosecutors twist and exaggerate the evidence against me. In the end, I watched the jury return an unconscionable number of indistinct verdicts. This was a very sad point in my life.

Accepting this verdict has not been easy for me. Every day, I wrestle with it. While the kids are in school and my wife is at work, I keep busy by fixing things up around the house. When the kids come home, I cook dinner and help with homework, especially my youngest , who needs help with her writing . Today she no longer just retells or rehashes a story, but can identify and write about the problem and solution and discuss how characters develop. I am so proud of her. Another thing I do every day is seek to get closer to God. I was raised with strong religious beliefs at home. Today in our home, it is my wife who leads us in faith, her faith truly can move mountains.  She gave me this passage to read, "So do not fear, for I am with you; do not be dismayed, for I am your God. I will strengthen you and help you; I will uphold you with my righteous right hand" (Isiah 41:10).  I read it every day during the trial. I continue to read it daily. At times when I feel like I'm drowning, it is these words and the support of my family and my friends that keep me buoyant.

My wife and I have been very honest with our children about my situation. Initially, my older one had questions about the people at the firm, many who she knew, and my interactions with them while the little one just wanted to know how many zeroes there were in a billion. They know we are awaiting your decision on our motions, they know the sentencing date is set for the end of July. They ask almost daily, "Any news?"  My little one tells me at night, "I am not ready to let you go yet Daddy." My older one asks, "Will you be with us when I start my new school next year." These words maim me. The only thing we have not discussed with them is the possible length of the sentence. I worry about how my family and I will fare without each other. I fear my spirit will shrivel and waste away. I pray they are stronger than me and find the strength to overcome any feelings of despair.

After the verdict, one juror commented to the press, "It was the overall picture." This "overall picture" paints a picture of me that does not fit. I have never lived my life in a way consistent with the conduct I have been found guilty of. Greed, it was said was my motive. As a child and as an adult my mother has always praised me by saying that

under any circumstance, I was always "conforme". In Spanish, it means content, satisfied. I believe it fits. I know who I am, the jury says it knows me as someone else, but I hope your Honor knows me better, clearly no one was more studious of the evidence in this case. The jury has spoken, but your Honor has not and I ask for fairness and kindness in deciding the rest of my life.

I plead with Your Honor to consider a sentence of service to my community. The last four and a half years of my life have been devoted to the case, it has been an almost full time job. If allowed to serve my community, I would spend my time helping some of the local programs secure and implement technology to better maintain their records, making contact and medical information more reliable and accessible in case of emergencies. My daughter and I have discussed and look forward to becoming soccer "buddies" with T.O.P Soccer, a program for young athletes with disabilities. Elijah's Promise "uses food as a tool to alleviate hunger, empower lives, and invite justice to the most vulnerable members of our Central Jersey Community." My friends and I have donated food to their soup kitchens before, I would endeavor to offer more of myself to their cause if given the chance. The idea of becoming a number weakens me. There is so much humanity left in me. Please don't constrict this part of me, allow me to be there for my family and serve my community in a meaningful way. I will make you proud of what I can do. May God Bless you.


Respectfully,

George Perez

Jeanette Perez

███████████████████████████

April 22, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: **United States v. George Perez, et al., 10-CR-228 (LTS)**

Dear Honorable Judge Swain:

I thank you for the opportunity to write to you on behalf of George Perez. I have known George more than half my life. Our love spans 24 years, 14 of those married. We have two amazing daughters, A███ age 11 and A████ age 8. I am employed by a ████████████████████████████

From the start I fell in love with George because of his generous and thoughtful ways. He always put me ahead of himself and now that we have formed a family, it is the nucleus of his life. Throughout the years my love for him has grown to greater depths because I have seen the dimensions of his love and compassion. He is a good husband, a good father, a good son and a genuine and wonderful human being.

George is supportive of my career and a pillar of strength for me. Many times I have picked up the phone during the day to get his advice. He helps me see things from a different point of view. Recently I was given an opportunity to close a deal, yet my goals for the quarter were already met. I thought that perhaps pushing the sale to a later time would help me personally. I called George to get his thoughts. He knew this was a significant deal and the company was eager to get it closed. He said, "Jen, do the right thing. Close the deal. This will be good for everyone." His perspective is always the same. Do the right thing… it will all come together in the end. He has certainly helped me to be a better professional but most of all a better human being.

Many years ago we hired my cousin to do some renovation work in our home. He made a significant mistake in one of the bathroom renovations. I was frustrated with him and I was ready to release him from his duties. Yet George was patient…he was protective of him. He knew that the project was good for my cousin. He worked with him in order to resolve the problem. He treats every individual he encounters the same way. He gives them the benefit of the doubt and provides the patience and compassion to change the circumstances.

George is a good listener and has a natural ability to give with his heart. He is respected, trusted, and well-liked by all who have the pleasure to get to know him. He takes pride in everything he does from a simple task to a complicated project. He is a thinker and doesn't make any hasty decisions. As a result,

many of our family and friends turn to him when they need guidance. He has provided help to others in various ways such as home improvements, a business plan on how to expand a lawn care business, disaster recovery planning for a personal business as well as guidance for those looking to buy a home. He helps without ever expecting anything in return. Near and dear to my heart, after my parents sold their home and needed a place to stay while they searched for a new home in a retirement community, he immediately agreed to have them and my brother move in with us for several months. George became a role model to my youngest brother and encouraged him to continue his education. Today, my brother has a career, is married with two children and owns his own home.

George is an extraordinary stay at home dad. He dedicates his time to taking care of our children, providing three meals and snacks daily with his number one ingredient "love". He supports our children with the proper framework to complete their homework and studies. He tirelessly manages their religious education and sports schedules. He often will drive A███s teammates to or from soccer practices. He spends quality time with A███ and A███ together and individually building a strong and unbreakable bond. He wakes them in the mornings with riddles and jokes. In the evenings he encourages them to share stories about their day before we join in prayer at bedtime and thank God for our many blessings.

We were surprised and devastated by the guilty verdict. It was very difficult to deliver the news to our children. A███ at first was stunned and minutes later cried uncontrollably stating "Daddy, I don't want anyone to take you away, I need you, and I love you. How could this be?" Her life seemed to have been turned upside down. She had to go to school, but she just wanted to stay home. We communicated figuratively "We will get through this together; we have a tall mountain to climb and today we must take our first steps together." It wasn't easy, but both our girls went to school that day. It was a week later when A███ began asking questions and expressing the same sentiments as her older sister. Just before the end of one school day she experienced separation anxiety and asked the teacher to call me to make sure her father would be there after school to pick her up. We have provided our children with a solid foundation of love and taught them to be faithful, truthful, respectful, and full of courage and hope. However, not having their father in their daily life may be too much for them to bear. We are concerned for their wellbeing and have sought the support of a child psychologist to help them through this hard time.

Honorable Judge Swain, please read the many letters from our friends and family describing George's character. They will paint a clearer picture of who he is...a wholesome person and a man of good character. We live a simple life focused on providing our children a fuller life than we had as children and being better people by helping others. I respectfully pray for your mercy and compassion on behalf of my children so their father, my husband, may continue to be a part of our daily lives in our home. I thank you for your consideration of our faithful request. May God Bless You!

Respectfully,

Jeanette Perez



A█████ Perez

June 29, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re: **United States v. George Perez, et al., 10-CR-228 (LTS)**

Dear Honorable Judge Swain,

I am A██ Perez, age 11, writing on behalf of George Perez, my father.  I live with my mom, dad, and my 8 year old sister. Through this letter, hopefully you will get to know my dad and us a little better.

Recently, times have been hard because of our situation. It all started back in October when my dad went to court for several months.  I thought this was all going to pass and be a forgotten topic. . . and then he was found guilty which was a completely different story.  From that moment on I haven't known what my future would hold.  All I am aware of is my dad may not be home.  My life right now is an empty plate waiting for stuff to be piled onto it, because the decision hasn't yet been made.  But it soon will be and that holds the key to the rest of my life.

My dad is a great man. He takes hours preparing dinner, with his special ingredient . . . love.  At the dinner table no one will be able to fill my dad's seat.  My younger sister is not the best eater.  My dad takes time to make sure her steak is cut in just the right size, yet still keeps its juiciness. He does the same thing with her fruit.  He is always there to tuck us in at night, pray with us and give us a good night kiss. My dad goes beyond the stars to please my sister and me and make us happy.

Fishing trips are always the best with my dad.  I dislike it when he corrects me because I feel like a baby, but in the end I always end up catching a big fish . . . because of his advice.  The first time I ever went fishing was at the age of three.  When I didn't catch a fish my dad would always hook one for me, call "A███████" and then let me bring up the fish.  When the time came and I did catch my first fish he was right beside me holding his arms around mine. He would never miss a moment that was important to me.  Another time when I caught the

biggest fish he had ever seen in the lake he immediately took out his phone to take a picture and send it to the family and his friends. I felt so special. In soccer when I score a goal, he goes crazy cheering. I can always spot him. He always makes me feel like I am on top of the world.

I have a wonderful mom who is constantly asking us questions about our day and our lives. My mom always goes to my dad first because she knows she can always count on him. He is a great listener and his words are so powerful they leave you speechless. He always tells us, "You do what you have to do, so you can do what you want to do", he got it from a movie but he says it so often he has made it his own. "Respect time" is another saying that is heard throughout our life. This saying at first did not mean much to me. But now based on our situation these two words have changed the way I see things. I now realize how important time is because it is something you can never get back. My dad has many years of experience and even though I may not want to hear his words over and over again, I know he is right and I will always benefit from them in the end.

Any time someone is in need my dad is always there to help. During snowy winter days our neighbor, Ed, has a snow plowing business. He leaves early in the morning but later his driveway is a mountain of snow. Whenever he catches Barbara, Ed's wife, alone shoveling her driveway, guess who is there right next to her, my dad. I help too. I look up to my dad not only because he is taller, but I want to be everything he is.

In school we had a parent program. It was great. We sung Heal the World by Michael Jackson and three other songs. The part that hit me hardest was when my teacher said we had to come up with something that would heal your world. I stated "I will heal my world by inventing a hologram that would allow you to see any one, at any place, at any time. You can see and feel them just as if they were right in front of you". I said this in front of all the parents of the students in my class in dedication to my dad. If my dad were to leave us, this is what would heal my world. Without him I don't know what my life will be like.

Honorable Judge Swain, I ask of you to be kind with your decision and let my dad stay with us. Have mercy on my dad. My dad is a COMPLETELY different man from the one they talked about in court. Please look at the slideshow I made of our family. It is who we are. Thank you and may God Bless you.

Sincerely,

A██████ Perez

Rosa Graciela Perez



June 23, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:  <u>United States v. George Perez, et al., 10-CR-228 (LTS)</u>**

Dear Judge Swain,

Thank you in advance for hearing my story.   I am Rosa Graciela Perez, George
Perez's mother. My daughter was kind enough to help me with the language of
this letter, but the feelings and thoughts are all mine. I have been married to
George's father for 48 years and have tried my best to raise George and his
sister, Tina, in a home full of love.  My children have made me proud to be a
mother.  My husband and I chose to send our kids to Catholic school because
we wanted a better life for them.  It wasn't easy to afford Catholic school, but
my husband worked several jobs while I cared for our home and stayed on top
of my children's schoolwork and chores.  Our children repaid us with excellent
grades and even better behavior.  They were both straight A students and very
respectful.  They are the kind of kids that would make any mom happy.

George has always valued excellence.  I remember when he proudly wore his
school uniform on the first day of school and asked the principal if he was at
Immaculate Conception School.  My son always took things very seriously even
from the very beginning.  This characteristic stayed with George over the
years.  Everything from selecting a high school to researching a school project,
to finding part time work, to deciding on which paint we should use for his
room, George always seemed to overthink things.  You see, because he is my
son and I know him so well, I know that the reason George is overly thorough
is because he is a perfectionist and always just wants to do the right
thing.  George was loved by everyone in grammar school.  He was a good
student, a sweet boy, and a hard worker.  Sometimes George was teased
because he was a little different than the other boys.  He was serious about

school, perhaps sometimes too serious, and that made him a bit of a nerd in some boys' eyes, an easy target at times. Occasionally George withdrew and was shy, but he never lost his sense of self. He stayed committed to his studies and didn't get into trouble. Growing up, I'll admit that George and Tina were sheltered. We did this to protect them from the dangers we saw in the streets of our neighborhood in the South Bronx. And perhaps in sheltering our children, they were a bit naïve. Perhaps if we were less strict, and allowed George to spend more time in the neighborhood streets, George may not have been so willing to trust or believe the best in people. Perhaps he would have been a little more street smart, people savvy, less trusting, less serious, more skeptical, less obedient, and more inquisitive. Still I know that we did the very best we could given our circumstances. In the words of Maya Angelou "When you know better, you do better." And still I know that my son has always tried very hard to please and do right by himself and those around him.

Please have mercy on my son, Honorable Judge Swain. He is needed in so many of our lives. His absence would leave a void no one or nothing could ever fill. I trust in your judgment and I am grateful for the time you have taken to hear my story. Thank you.

Respectfully,

Rosa Graciela Perez

Juan Perez



June 23, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

### Re:  United States v. George Perez, et al., 10-CR-228 (LTS)

Dear Honorable Laura Swain,

Blessings be upon you and the wisdom to judge wisely.  George Perez, whom you'll have before you at the end of July, is my son.  He resided with his mother and I during trial because of a better commute, going back and forth to his family, as trial mandated.  He was no doubt a little bit happier when he knew that at the end of the week he would rejoin his family and his 2 daughters ages 11 and 8.  Needless to say, they look to him for guidance as they grow into adulthood and continue their academic journey.

Growing up, George and his younger sister never gave their mother or  I any problems.  They were excellent students and role models to their communities and their neighbors from kindergarten right up to college.  They also never got in trouble with law enforcement.  And while these realities should not serve as a pass, it is my sincerest hope they serve to illustrate my son's character.  I pray your sentence does not take away the hope for a possible future for my son.

Please also know I have a very high regard for your profession.  I have always felt judges like lawyers, doctors, and law enforcement are called upon to make difficult and just decisions in a fast paced and complicated world.  God bless and like Jesus said,  "Mercy and not sacrifice is what I desire."

Respectfully,

Juan Perez

May 29, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. George Perez, *et al.*, 10-CR-228 (LTS)**

Dear Honorable Judge Swain:

My name is Tina Padilla.  I am George Perez's younger sister.  I am a ████████████████
████████████████ and I have been teaching for nine years.  I am the mother of a seventeen
year old young lady.

George and I are one and a half years apart.  We grew up in the same household.  Our parents are
immigrants from Cuba who worked hard to instill and preserve strong traditional family values.
George and I went to Catholic school for twelve years.  Our daily after-school routine included
going directly to the kitchen table to start our homework before dinner.  My father worked many
jobs to pay for our schooling.  He owned a candy store, was the super of our tenement building
and eventually bought a hot dog cart to help pay for both of us to go to college, a dream neither
of our parents ever personally fulfilled themselves.  Our mom did not work outside the home yet
she put in more hours tending to us than someone who held a paying job.

Growing up, George and I were straight A students.  I always felt that for George, schoolwork
was much easier.  He did not appear to struggle academically.  He was encouraged by his
teachers to apply to Regis High School, a competitive all boys school.  His teachers thought he
was a strong candidate and that it would be a great opportunity, but my brother never pursued
this because he did not want to attend what he called, a fancy private, elitist school.  George was
never comfortable competing either academically or in sports.  Although he was quite capable of
succeeding in these environments, he was painfully shy and chose to attend Cardinal Hayes High
school, a less rigorous all boys school with attention to discipline.  George would tell us that he
did not want to stand out anywhere.  I recall year after year the nuns in our elementary school
congratulating my mother for my brother's big part in the school play.  It always made my
brother blush and I knew he would much rather just be one member of a large chorus where he
could blend in.

Although I was an exemplary student, it did not come easily for me.  In fact, I cried often when I
was an undergraduate student at Fordham University because I was having a very difficult time
writing research papers.  I would tend to get overwhelmed with multiple stimuli and this would

create a tremendous amount of anxiety for me. If not for the words of my brother, I don't know if I would have been able to finish my college studies. George was my solace when I would break down and threaten to give up. He spent countless nights staying up with me for moral support while I finished writing papers. His words still ring in my ear: "This too shall pass." So moving was his message that I have found myself using this line on my daughter, my friends, and the hundreds of students I have taught.

I will always look up to my big brother. He is smart, humble, strong, honest, and righteous. On the very first day that he walked into his elementary school, he asked the principal if this was Immaculate Conception School. George needed to be certain that he was indeed where he was supposed to be. When I started working in the corporate world and I was responsible for holding meetings, I turned to my big brother for advice because you see, I think I wanted to emulate him so much that I, too, was very shy. My mouth would get dry and I would begin to stutter when I had to present in front of an audience. George would tell me that the very same thing would happen to him. George told me he would type up what he needed to communicate in his meeting and tell the group to please refer to their handouts. This way, George would avoid speaking publicly and showing others just how shy he really was.

George will always hold a very important place in our family. Our parents came to this country from communist Cuba for a better life and a chance for freedom. They have worked so hard to give us all the things that every child should have; a loving, peaceful home with 2 parents who promoted strong work ethics and education. George has made my parents so proud throughout his life. He was a model student, held many part time jobs throughout his teenage years to help the family. He worked in a dental office, a retail store, and a summer camp to name a few. He was the first one in our family to attend college. And he has been the wisest, smartest, most supportive brother any sister could ever have.

As a father, George makes lunches, tells nightly bedtime stories, is rigid with the routines he has established for his 2 daughters, shows A█████his oldest, videos of Gilligan's Island so that she could watch the shows he watched as a kid. He attends every soccer game, every school event, knows exactly what his daughters are learning in school, and offers all the love and support every child should ever have. He is the type of father my father was to us.

Honorable Judge Swain, please have compassion and mercy on my brother, George. He impacts so many of our lives in such a meaningful and positive way. We would be in a tremendous amount of pain to know that we would not have George present in our lives. Thank you for the chance to speak with you.


Respectfully,

Tina Padilla



April 15, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. George Perez, et al., 10-CR-28 (LTS)

Dear Judge Swain:

My name is Eric Perez and I am George Perez's brother-in-law. I currently work at ██████████ as a ██████████████████████████ I have been employed at the ████████ for over 14 years. George is married to my sister and I have known him for over 20 years.

George has been an inspiration to me and a major influence in my life. He has been there from important business decisions like purchasing my first home to simple things like showing me how to cook an authentic home cooked meal or how to host a gathering. He is also very generous with his time, always making himself available to listen, guide and advise me on anything on my mind, at times when I need help most and cannot turn to anyone else. George never hesitates to reach out and help me keep a good outlook on life.

I rely on George's opinion, even though I may not take it all the time, but I do seriously take it into consideration. Before I closed on my new home, I asked him to take a look at it and give me his opinion. I cannot tell you if he disagreed with my choice, I wouldn't have bought the home, but knowing he at least got to see it made me feel better and put me at ease, at least a little.

Georges' demeanor is very laid back and very easy to talk to. He is very well respected and liked by many. He is neighborly and possesses a sense of peace. George is a law-abiding citizen and member of his community. His focus is always family, family, family. As a father, he raises my nieces with compassion and integrity and always leads by example. He is heavily involved with their education, sports and social events. He is at every soccer game, gymnastics practice or dance event. He showers his children with love but also makes sure they understand discipline. It would be very detrimental to the family as a whole not to have George around, as he is at the forefront of the family unit.

Until now, writing this letter, I didn't realize how much I do respect him and value him as a person and having him to count on has affected my life. The good example he has always set, all the right paths

he's helped me take and all the support he's given me when things haven't worked out.  This is the man I know.

I plead to you Judge Swain to take all of this, along with all the other letters I am sure you will be reading into consideration while making your sentencing decision.  I plead with you to have mercy on George and hope you find he is in fact a really great man and is a tower of strength for many.  I thank you in advance for your consideration.

Sincerely yours,

Eric Perez

**Frankie Perez**



April 22, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>**United States v. George Perez, *et al.*, 10-CR-228 (LTS)**</u>

Dear Honorable Judge Swain:

My name is Frankie Perez and I am married to Miguelina Perez. We are George's in-laws. I reside in New Jersey and I am retired. I previously worked at ▮▮▮▮▮ based out of Jersey City, NJ. We met George 24 years ago when he began dating our daughter and without hesitation we can say that we consider George our son. Early on, we were able to see how good of a person he is. Today, they are married and have two beautiful daughters who are very close to him. He has taught them the same family values we instilled in our children.

If we can simply use one word to describe George it would be sincere. There have been many occasions where George has helped me, especially in any type of construction or home projects. In 2006, I underwent open heart surgery. My recovery was dreadful and lengthy. During that time, George took it upon himself to visit me and tend to my needs. I am proud to say that of all the work he's done and the love he's shown us has been impeccable.

What makes my experiences with George so memorable is that I've offered him money as gratitude for work done in my home and he always so kindly declines and simply says "We are family and that is what family is for". I am so grateful for my son-in-law, for his respect, love and honesty to us and others.

We truly love George and wish only the best for him. He deserves better in his life. We respectfully plead with your Honor to show compassion and mercy for George. Thank you in advance for the opportunity to express my thoughts.

Respectfully,

Frankie Perez

**Steven Rodriguez**

████████████

April 22, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. George Perez, _et al._, 10-CR-228 (LTS)**

Dear Honorable Judge Swain:

My name is Steven Rodriguez, I am George's brother-in-law. I have known George since he started dating my sister 24 years ago.

My experience with him personally has been rewarding. George is a great "go to" guy for anything. If he does not have the answer, he goes out of his way to find it. When I needed help fixing my deck, he was the first to volunteer, offer suggestions, and help get the job done. When I needed help with my lawn, there he was again, first to arrive, last to leave, day after day, until the project was complete. In short, George has proven to me to be very generous with his time.

As the father of my nieces, he is amazing. He is very caring and will drop anything to tend to his girls. You can really see the bond they have with each other. He pushes them to strive for more and you can see it in their school work and on the soccer field. He is also the same way with his nieces and nephews. All the kids gravitate to George when he is in the park or his backyard, he makes time to play with them and give them his undivided attention, he makes them feel special.

As a man, George has proven to be a loyal friend and someone I can confide in. I love him as I do my own brothers. He is a good husband and father. He doesn't pass judgment on people and is respectful of others wishes and life styles. He is always willing to help those in need or trouble, by either committing his time or his finances.

It would be a terrible loss to his family, especially his daughters if they were not able to grow up with him. I know how much they love and need him in their lives.

Honorable Judge Swain, I respectfully plead with you to show compassion and mercy for George at his sentencing.

Respectfully,

Steven Rodriguez

Daren & Shakirah Perez

████████████████

June 9, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re: **United States v. George Perez, et al., 10-CR-228 (LTS)**

Dear Honorable Judge Swain:

My name is Daren J. Perez, my family and I, on behalf of George Perez are writing this letter. I've known George Perez for over 20 years.  He is married to my cousin Jeanette Perez.  We have shared many holidays and always meet with our family for such occasions as dinners, birthdays, holy days et cetera.

George Perez is a hardworking, caring person who always  succeeds at everything he puts his mind to.  When my wife and I were looking for a place to settle down and raise our family, George did not hesitate to give us all the guidance he could.  He took his time to help us research areas and towns we were considering.  He went with us to visit the homes so we'd know what to look for and advised us throughout the entire process.  When we finally found a home he helped us paint, move, and even get acquainted with the area.  Needless to say we ended up being very close to where they live.  As a young family his help, knowledge, and experience was very valuable to us.  Our kids are now 17 and 13 years old and love where they live and have grown up.

George is not only a family member, he is a great friend, and neighbor.  We ask for your mercy and compassion at his sentencing.

Respectfully,

Daren and Shakirah Perez

**Mrs. Barbara Diaz-Soca**

████████████████

April 15, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. George Perez, _et. al._, 10-CR-228 (LTS)**

Dear Judge Swain:

My name is Barbara Diaz-Soca and I am a Secretary at ████████
████████████ I am a 44 year old married mother of two, I am George
Perez's Aunt and have known George my entire life.  Because of the close
proximity in our ages, we were practically raised together and I've always looked
up to George as a brother and mentor.

George has been someone who has always made time for me and was
always able to offer advice and guidance.  He is a person with a great deal of
integrity and a deep respect for life and family.  My Mother (George's
Grandmother) died when I was 22.  I lived alone and constantly sought to be
connected to my family and he and his wife Jeanette always had an open door for
me.  They've always made it a point to pull our whole family together for holidays
and birthdays, so he has been instrumental in reminding me that I have a family
that loves me.

When my husband and I were preparing to start our family, it was
George that gave such sound advice, we asked him to be the Godfather of our first
born, E████  His eldest daughter, A████ is just months older than E████  I
learned so much about being a loving parent from George and his wife.  He is an
exemplary father, husband, son, and overall person.  The fact that his daughters' art
work is signed, framed and on display for all to see as you walk into their family
dining room, demonstrates the effort he puts into making them feel important and
loved.

Honorable Laura Taylor Swain
Page 2


When I look at George I see him not only as my nephew, but as my brother. I see a true and honest friend. I see my family. I see all the great times we shared as children...the Easter portraits, the family New Years' parties, the Christmas mornings, the Thanksgivings. I pray to God that we will be able to have more of these. I love George with all my heart.

Judge Swain, I respectfully plead with you to please show compassion and mercy on my nephew. I lived half my life without a mother and father and he is such a big part of our family. I beg you to please not take him away from us. His two beautiful daughters and wife need him, as do I.


Respectfully,

Barbara D. Soca

Barbara Diaz-Soca

Date:   May 18, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. George Perez, et al., 10-CR-228 (LTS)</u>

Dear Judge Swain:

My name is Kevin Fong and reside at ████████████████████████████ I was
employed by Bernard L. Madoff Investment Securities from November 13, 1989 till December of 2008.
My position started as a computer programmer and ended as the Head of Software Development in the
market making division of the business.  During the Trustee's liquidation efforts of the assets, I was
integral in marketing and finalizing the sale of the market making assets to Castor Pollux Securites and
formed Surge Trading, Inc.  With the knowledge attained through years of technology and market
making experience, I led a group to develop a similar business and technology for the ███████████ In
2012, our group orchestrated a sale of the technology to ████████████████ where I am currently
employed as ████████████████

During my employment at BLM Investment Securities, I had the pleasure to meet and bond a
friendship with George Perez.  I have known George since 1991, when he joined the firm.  From all the
years that I have known him, I saw George as a man with dignity, kindness, generosity, virtue.  Although
I worked in a separate department, I saw him working hard and long hours.  In the projects where we
had interaction, he applied himself diligently to get the task completed efficiently.  Overall, he was well
regarded within the firm.

Our friendship blossomed through frequenting sport activities, bars and restaurants during our
days of bachelorhood.  Although we are from different cultures, we found a likeness with being first
generation Americans and being the eldest sibling.  Our parents worked hard to raise us and give us the
best opportunity they could afford.  We understood and appreciated the hardships they had to endure
as immigrants.  Although our backround was somewhat similar, we did possess different intrinsic
characteristics.  I was always forward preparing and planning while he was overall satisfied with what he
had.

While I was looking for business opportunities and career knowledge advancement, he  was one
which was content and happy with what he possessed .  From the time I first knew him, fishing was his
primary love and joy.  He had no interest in joining me to outside business presentations nor taking
external technical or business classes.  Wholeheartedly, he was content with life.  As long as he had a
decent job, a place to live, food to eat, money to provide for his family and ability to fish, he believed he
had a beautiful life.

One person who George used to frequently fish with, was Edwin ████ not sure of the exact
spelling of his name).  George had a 20ft boat docked near the Throgs Neck bridge, while Edwin had an
inflatable raft of 16ft.  From what I heard, they fished almost once a week with weather permitting.
They told the most fascinating stories of how much of an adventure it was in the bay and how the "big

fish" got away. It was entertaining and a joy to listen. Unfortunately, one day in the 1990s, Edwin went fishing with a cousin of his and met up with some nasty weather. Edwin got thrown from the boat and hit his head on a rock. He died that night. Edwin left behind a wife and a son. George was devastated by the death. I don't believe George had much money. He had recently purchased a coop in Fort Lee, which cost around $50k. Even without much money of his own, he would go give money to Edwin's wife every couple of week s to help them out. This was George! He cared and he gave.

As we got married and had kids, we were still good friends, but our interaction became limited due to availability of time. He and I are dedicated to our families and pride ourselves as responsible fathers. Other letters you will receive will depict the journals of his fatherhood much better than I can and will leave it to them. All I can say is that when I see their family, I can see the love which is shared and committed to each other. They are active and participate in their community while being well liked and respected. They are the results of what once were just hopes and dreams of their immigrant parents leaving their country. This is what has and will build America.

It is terribly hard to depict a person within one letter to describe 20+ years of friendship. But, I am writing to you, Judge Swain, to ask for leniency for George Perez. Please don't only know me as a friend of George's, but I was also a victim of Bernard Madoff's crime. I staked my whole career of 20 years with his firm and had hoped to end my career there. I lost a large amount of compensation for my work in 2008. My family's investment in the Investment Advisory accounts lost all the earnings which were made over the course of 10 years. Based on my other investments, which had better returns than Madoff's in those 10 years, my family was robbed of this as well from this crime. If I believed George played a part in all I lost, I would not be writing this letter. **With that said, I am asking you and the court for compassion, mercy and leniency in his sentencing.**

Upon completion of his sentence, I hope to help him to start the rest of his life with all of this behind him. I can help him to acquire pertinent technical skills and/or start a business with him. He is one I value and trust. As much as he is willing to accept my help, I will be there for him and his family. From that point on, I have no doubt that he will be a well respected, law abiding citizen that will be an asset to our society.

Thank you for your time in reading my letter.

Best Regards,

Kevin Fong

# *Barbra Stanislawczyk*

May 28, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
New York, NY 10007

Re: United States v. George Perez, etal., 10-CR-228 (LTS)

Dear Judge Swain,

My name is Barbra Stanislawczyk. I am married to Edward Stanislawczyk and I am the mother of two teenage girls. I work in                                                        . We live in a middle class neighborhood in East Brunswick, NJ. I am writing this letter on behalf of George Perez, not only as a neighbor, but as a dear friend. I have planned on writing this letter from the moment I learned charges were brought upon George. However, until I sat down and started writing, I never realized how much George has impacted our lives over the years. I believe it is important for those who will be judging George, to understand my perspective of him on a daily basis.

From the time George and Jeanette moved in next door, they have been exceptional neighbors. I am so grateful for the kindness they have shared with my family over the years. Whether it is catching up over the fence or helping my daughter prepare "Flan" for a Spanish project, George and Jeanette have always been caring individuals. During winter snowstorms, my husband goes out for extended periods of time to plow snow. This leaves me with nothing but a long driveway of snow in the morning to shovel on my own. However, in the mists of shoveling my driveway, George always comes to my aid. He snow blows my sidewalks and then helps with my driveway. During the days following Hurricane Sandy, George checked in on us daily. Jeanette figured out how to make coffee without power and brought to us each morning.

Every summer, George's backyard has always been open to my family, whether the kids are playing on the swing-set or hitting the volleyball over the net. In the warm weather, George and Jeanette always have a house full of friends, family, soccer teams, and a lot of kids. When he is not out barbecuing, he is out power washing his house and patio, raking the leaves, cleaning his gutters, trimming and pruning his yard, mulching his planting beds and is always offering to lend us a helping hand. He is someone who takes pride in his home and works hard at maintaining it himself.

It has been well over a decade since George and Jeanette have moved in next door. Our families have grown beside one another, while supporting each other along the way. George is not the extravagant, high-life, individual that is portrayed through the press. He is a humble man, loving husband, father, and a great neighbor. I could not have asked for a more trustworthy and caring individual to live next door and call my friend. On behalf of my husband and myself we respectfully ask the court to show George compassion and mercy.

Sincerely,

Barbra Stanislawczyk

May 29, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: <u>United States v. George Perez, *et al.*, 10-CR-228 (LTS)</u>

Dear Judge Swain:

     My name is Debra Brancato.  I am an ███████████████████████████████ ██████████████████████████ in Piscataway, NJ.

     I have had the pleasure of knowing George Perez for a little over 4 years now.  I know George through the Town of East Brunswick, NJ.  His oldest daughter, A███ and my youngest daughter, R███ play on the same soccer team.  The girls have played together for 4 years.  This is how our families became friends.  We also know each other from church, as we are both members of St. Bartholomew's Church.

     We have become good friends over the past 4 years.  Our families spend time every weekend together for soccer games, soccer practice and social events.  George is very involved in his children's lives.  He is a dedicated father to his daughters.

     George has always been kind enough to offer to drive my daughter R███ back and forth to games and practice if I needed help, as I also have an older daughter who also plays travel soccer.  He has always offered me his chair at soccer games if I forgot mine.  At a recent game the girls played in the pouring rain, George held up an umbrella for another Dad who was taking pictures of the game so his camera wouldn't get wet.   He is always the first to help out when someone is in need.

     George is also friend who shows kindness and compassion for others.  Just recently we were at the Perez's home for a Soccer Pizza Party.  Mutual friends of ours have a daughter with Down's Syndrome.  The little girl wanted to go out and play on the swing set, but it was drizzling outside and no one else wanted to go out.   George took her outside to play on the slide and the swing.  You could see how happy the little girl was and you could also see the smile on George's face when this little girl smiled and laughed.  This is the kind of man George is.  He is the kind of person who makes the people around him smile.

     I hope you consider this information in regards to the sentence you will Order for George.  Thank you taking the time to read my letter.

                                 Respectfully,

                                 *Debra Brancato*

                                 Debra Brancato

                                 ████████████████████████

Date:  May 23, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States V. George Perez, et al., 10-CR-228 (LTS)

Dear Judge Swain:

My name is Peter Brancato; I am a ███████████ for the ███████████ I have worked for ███████ for 13 years.  I am an active member at St. Bartholomew's Catholic Church.  I am a father of two girls, G████ age 14 and R███ age 11.

I have known George Perez and his family for the past 3 years.  My youngest daughter, R███ plays soccer with George's oldest daughter A███  My relationship with George is a social relationship.  The Perez's and I have spent many days on the soccer field.  I have engaged in many conversations with George about our children, cooking, and life in general along with many other conversations.  I have always found George to be heartfelt in our conversations as well as enlighting.  I have also been to the Perez's home on several occasions.

My opinion of George Perez is that he is a very good father, husband and friend George has always treated my family and me with respect.

In closing I hope that you can show compassion for George and know him as I do.

Respectfully,

Peter Brancato

Peter Brancato
███████████████

Date: 4-22-14

Honorable Laura Taylor Swain

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Re: United States v. George Perez, et al. 10-CR-228 (LTS)

Dear Judge Swain:

My name is Norberto Cotto.I am a ████████████████████

I have known George and the Perez family for over 30 years. I also went to high school with his sister Tina, which was how I met him.

George has been a supporter of various musical events that I have been a part of and is well liked by everyone. He has traveled well over an hour and a half to make it to some of my venues.

He is a very social and outgoing person while having strong family values and ties to the community. His family is first and his friends a very close second. George is the type of person that makes you feel at home even if you just met him.

I plead with the court for your compassion and mercy at his sentencing.

Respectfully,

Norberto Cotto

███████████████████████████

May 28, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Swain:

I am currently employed as a ████████████████████████████
████████████████████ I have been married for 16 years and we have lived in East Brunswick, NJ for the last 10 years. My wife Carolyn and I are the proud parents of three children: (████ (13), A████ (11) and M██████ 8). I am writing this letter on behalf of my friend George Perez.

All three of our children play competitive soccer and it was on the soccer fields where I first met George as my daughter A████ and George's daughter A███, play on the same team. As soccer families we spend most weeknights shuttling the kids to and from practice and on the weekends we are usually at different parts of the state attending games. We consider George and Jeanette as part of our extended soccer family and the best part of this experience is the friendships and lasting bonds that are formed between the players and their families.

But even more than a soccer connection, George and I have become close friends over the years as we share many common interests and passions. As fathers with children of the same age, we often discuss the challenges that all parents face in raising their children. As friends, we share a passion for cooking and the great food that comes with it. We have prepared many meals together and I thoroughly enjoy these occasions as each is a celebration of family and friends.

I am concerned about my friend George and I pray for his well being. I pray that he uses the love and support of his family and friends as a source of strength in overcoming this difficult time. I pray that he is blessed with fairness and good faith. I pray that you have empathy and see George the way that I see him: As a loving and supportive husband; as a dedicated and devoted father; and as a truly great friend.

Respectfully,

███████████████████████

May 23, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

RE:  United States v. George Perez, et al., 10-CR-228 (LTS)

Dear Judge Swain,

My name is Hector Escobar and I live with my wife daughter and son in East Brunswick NJ.  I work as a ███████████████████ based in Salt Lake City UT, I am a partner in a ███████ ██████ based in East Brunswick NJ and I am a full time coach for the current ████████████████████████████ ████████████████████████████████████ I was awarded NJ State Coach of the year in 2011.

I am very much involved in our East Brunswick community.  My business and coaching activities have allowed me to forge many relationships around the area.  I met George and his family through friends when we moved to East Brunswick around the beginning of the year of 2004.

George has always been a father who is very much involved in his daughters' lives and activities, the husband who puts his family first, and a friend who's always been thoughtful, honest and has always shown respect and support for others when needed.

George has been one of our very best landscaping customers since 2008.  Back in 2009, my brother and I were looking for another partner to help us out with the business and we approached George.  We were looking for his analytical skills not necessarily monetary funds.  We were not fully aware of the details about his case at that time, but my brother and I felt his honesty and integrity in our hearts and we offered him to be a working partner in our company.  I will never forget the day I went to his house to ask him about his decision.  He told me he would love to be part of our team but he felt he would put us at risk of unneeded scrutiny and hassles and he did not want that for us.  The sincerity of his words stuck with me.  Like I said I have come to know many people in our area but not many like George.

I ask that you please have mercy and compassion when sentencing George.  I have come to know his young daughters and I know their lives will be destroyed without the guidance and support he has been providing.

I can be contacted at █████████████ at any time should you have any questions/concerns.

Respectfully,

Hector Escobar

May 21, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

RE:  United States v. George Perez, *et al.*, 10-CR-228 (LTS)

Dear Judge Swain,

My name is Zully Escobar.  I work in ███████████████████████████
███████████████████████

I've had the pleasure of knowing George Perez for a little over ten years.  We were
introduced by a mutual friend when we first moved to East Brunswick, NJ, and have
become family since.  Our families have shared holidays, birthdays, milestones in our
children's lives, etc.  Our kids share the love of soccer and it's no surprise if we find
George and his daughters, if not the whole family, at the soccer fields/playground.  My
son, K██, plays at a very competitive level, and many times George and his daughter
A███ who also loves the sport, will come to support the team and our town and watch
his team play.

The George I've grown to know is the father who is very much involved in his daughters'
lives, the husband who puts his wife first, and the friend who's always been thoughtful,
honest and has always shown respect and concern for others.

I ask that you please have mercy and compassion when sentencing George.

I can be contacted at ██████████ at any time should you have any questions/concerns.

Respectfully,

Zully Escobar

June 9, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. George Perez, et al., 10-CR-228 (LTS)

Dear Honorable Judge Swain:

My name is Jessenia Fernandez I'm a ███████████████████████████████████
My husband and I have been married for 13 years and we have 3 daughters S███ (11), A███ (8) and
E██ (6).

I've had the pleasure of knowing George since September 2012. We met at Warnsdorfer Elementary
School and St. Bartholomew Church, where our kids attend religious education and school. In the time I
known George I can say he is intelligent, dedicated, personable and capable of handling any situation
with thoughtfulness and maturity.

George and Jeanette are well known for their family and friends gathering. I will also mention that he
takes pride in his cooking.  They came to our house to have dinner one day. We all had a great time. He
thought that it was in our best interest to know what was happening in his personal life, working as a
computer programmer for Bernard L. Madoff Investment Securities LLC. I was heartbroken; my only
thoughts were A███ and A███ Having a father figure makes a difference in a life of a child, especially
when you have girls. When you see them together it's a great pleasure to see how the girls enjoy being
with their dad. He is very supportive with his girls when it comes to education and soccer.

Judge Swain I sincerely appreciate you taking the time to read my letter in reference to George Perez,
who is a great husband, father, neighbor and friend. I pray that you will give heartfelt consideration in
making that decision and that you will consider all of the good things that George has accomplished in
his life; as well as all that he can give back to society if given a second chance.

Respectfully,

Jessenia Fernandez

███████████████████

May 13, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>United States v. George Perez, *et al.*, 10-CR-228 (LTS)</u>

Dear Judge Swain:

My name is Enrique Garcia and I am a ███████████████████████████████

I met George Perez approximately 14 years ago when I first started dating my wife, Miriam.
George was dating, and later married, one of my wife's closest and dearest friends, Jeannete
Perez. I've come to know George and consider him a close friend and confidant through the
years. George and his family are often at our home, as we are at his, attending family functions
and celebrations.

George and I come from similar backgrounds and share a lot in common. We both grew up in
the South Bronx during turbulent times in the 1970's and 1980's. We were both fortunate to
come from loving and supportive families, which made all the difference, despite modest means.
Unlike most of the kids in our neighborhoods, we avoided the allure of the streets, drugs and
influence of friends, and dedicated ourselves to our studies in order to secure a better lifestyle
and brighter futures. George attended Pace University where he received a B.S. in Computer
Science. I attended Columbia University and went on to ████████████████████████
████████████████████████████████  I later returned to Columbia University to obtain an
executive MBA. George and his family settled in East Brunswick, NJ whereas my wife and I
settled in Scarsdale, NY.

The George Perez I know is an honest, amicable, well-liked, generous and hardworking family
man, who is active in his community and completely devoted to his two young girls, A███ and
A███ and his wife. George often volunteers his time at his daughters' school and traveling
soccer league. The George I know is a selfless and thoughtful father who always puts the
interest and well-being of his children over his own. In fact, in the midst of his pending
sentencing hearing and the unimaginable stress, he set his personal problems aside to celebrate
his younger daughter's Holy Communion on Saturday, April 26, 2014.

The George Perez I know is a law abiding citizen who always followed the rules and was a
productive member of society. Unlike most of us who occasionally bend the rules, whether it's
downloading free music or driving above the speed limit, George was extremely conscientious
and never did. George believed deeply in the need for law and order and in the US criminal
justice system. I attributed this to his upbringing in the South Bronx where crime was a way of
life for many.

The George I know is also a gracious and thoughtful host who enjoyed family gatherings and always made sure that everyone felt welcome and comfortable in his home. Unlike George, who is socially outgoing, I'm a bit of an introvert and feel uncomfortable around people I don't know well. To his credit, George always went out of his way to introduce me to everyone and ensure that I was having a good time.

Given my intimate knowledge of George's strong moral character and the fact that this is his first offense, I would wholeheartedly, without any reservation, and respectfully request a plea for leniency in your sentencing of George Perez for his sake and the sake of his wife and two young daughters, A█████ and A██████. Everyone deserves a second chance. Everyone deserves a chance at redemption. George should serve his time but be able to get out within a reasonable period of time so that he can resume his role as a beloved father to his kids and husband to his wife. He should be given an opportunity to redeem himself and to atone for his crime. He should not be stripped of the privilege to walk his daughters' down the aisle some day and, if so blessed, be a grandfather to his grandchildren. His children deserve to have a father in their lives again, someday soon.

Respectfully,

Enrique Garcia, MD, MBA

May 30, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>United States v. George Perez, <em>et al.</em>, 10-CR-228 (LTS)</u>

Dear Judge Swain:

      My name is Thomas Hayes.  I am an ████████████████████████████████
████████████████████████████████████████████████████████

      I have had the pleasure of knowing George Perez for a little over four years now. I met George through the East Brunswick NJ soccer club where his daughter A███ plays with my fiancés daughter R███ on the same soccer team.  As a result, my fiancé and I have become good friends with George and his family spending virtually every weekend together.  During this time I have had the opportunity to observe and admire his dedication to his wife and children.  George is actively involved in every aspect of his children's lives. He is a dedicated father to his daughters.  It's easy to see the strong bond that exists between George and his children.

      George is one of the most sincere and selfless persons that I have known.  He is always ready to lend a helping hand to anyone who needs it without ever having to be asked while he himself asks for nothing.

      I hope you consider this information in regards to the sentence you will Order for George. Thank you taking the time to read my letter.

                  Respectfully,

                  Thomas Hayes

# Fitzroy A. Henry



June 01, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:  United States v. George Perez, *et al.*, 10-CR-228 (LTS)

Dear Judge Swain:

My name is Fitzroy Henry and I have been an accountant since 1999.  Over the years I've encountered different people through different avenues of my profession ranging from those seeking to find loopholes to bigger refunds or even blatantly disregard the rules to their own advantage.  I met George and his family in 2011, while working from the former basement office of ████████████████, the first impression of a gentle soul without any guile which is rare in my profession.  George's first return was somewhat challenging and yielded less than desirable results, yet to my surprise no complaint but instead gratefulness for the work done.  I had no idea at the time that this gentleman was facing this terrible situation, nor did he make any indication of his plight for he always maintained a placid countenance. In the years following our first meeting, I have witnessed how wonderful of a husband and father he is to his family; always opening the door for his wife, doting over his children and always prepared with his tax documents.  I remember one particular situation where a deduction was in question concerning interest

whereas for all practical reason can be deducted, but was in the gray area.  George however, did not want to challenge the authority of the law but instead chose to forego the deduction and pay the higher taxes instead.

 My Bible speaks of having the fruits of the Holy Spirit in Galatians 6, that by these acts all men should know the righteous, fruits I believe George displays.  I am most compelled to write this letter to tell of the character of the man I've come to know over the past three years as a man of integrity and a high character.  He's shown to be a loving husband, a gentle spirit and a kindhearted human being.  Hebrews 13:2 speaks about angels among us that come into our presence without us knowing it, and reflecting now I can say that George might be one of them. In closing, please remember that we are love mercy regardless of what is considered popular and I ask for you to show compassion to this good man.


With my deepest gratitude,


Fitzroy Henry

May 19, 2014

Honorable Laura Taylor Swain

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Re: <u>United States v. George Perez, et al., 10-CR-228 (LTS)</u>

Dear Judge Swain:

My Name is Spiros Koukourdelis, I am a ███████████████████████████████
███████████████████████████████████████████████ I am writing to you today to tell
you about one of the most generous, caring, and respectful people I know, George Perez.

I have known George since November of 2011. I met George at a soccer tournament that his
daughter A█ and my daughter C████ were on the same tournament team for the East Brunswick
Soccer Club. On the Saturday of the tournament the team was scheduled to play all day, parents packed
coolers full of lunches, drinks, and snacks for the day. After the first game all players went to their
parents and everyone found a spot on the grounds to eat and talk about the game. At one point after
lunch my youngest daughter G█ who was 6 years old at the time noticed that The Perez family had
packed a box of muffins. She walked right up to George and without hesitation as most 6 year olds do,
said to George "can I have a muffin please" and George replied "you absolutely can have a muffin", and
asked for her to take one for her sister C████ too. After that moment George and I introduced
ourselves to each other, and from that day on we and our families have been the closest of friends.
George and I have taken our kids on Fishing trips, to water parks, soccer events, out to eat, and just fun
days at our houses, we've set up volleyball nets in his back yard for the kids to play volleyball, a make
shift soccer field for them to play soccer, and even have spent days in the summer in his back yard
barbequing and letting the kids run thru the sprinklers. My children have had numerous play dates and
sleepovers with the Perez children and continue to. It's very hard in this day and age to find people that
are trust worthy enough or caring enough to treat your children like family, but George Perez and his
family are those types of people.

George Perez has been involved in 2 of the hardest things I have been through in my life, and
has helped, been supportive, and given me great advice. The first was the day I had called him and told
him my father had been diagnosed with lung cancer, I was very upset, and George stayed strong and
told me that he, Jeanette, A█ and A█ would be here for me and my family. During the year that I
was taking my father for his cancer treatments 5 days a week George would call me and ask me if I

needed anything, if there was anything he could do to help me , or just to call and make sure I was ok, and to ask how my father was. George Perez called me and offered help, and gave me someone to vent to during that year more than some of my immediate family members did. On February 14, 2013 my father lost his battle with cancer, and George and his family were the first non-family members to show up to my mother's house and pay their respects. George called me constantly on the days leading up to my father's funeral to see how my family and I were doing and repeatedly asked if there was anything he could do, all I had to do was ask.

The second was when my wife and I were looking to move into East Brunswick from South River for a better school system for our children. George and Jeanette gave us great advice and were very instrumental in the move. They made sure we weren't rushing into making our decision; they went through everything with us to help us make a smooth transition into a new town. When my wife and I found a home, I called George first; again the first words out of George's mouth were "if you need anything I'm here for you". George helped us move into our new house, and he also did many home improvements to the house which I didn't know how to do, and George offered to do them for me and my family out of the goodness of his heart.

In closing, I would just like to say that George Perez is my closest friend, and he is an excellent father, husband, and all together person. I trust George Perez with all of my heart, and I am asking you for compassion and mercy on his behalf.

Respectfully,

Spiros Koukourdelis

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007

June 9, 2014


Re: United States vs. George Perez, et al, 10-CR-228 (LTS)


Honorable Laura Taylor Swain,

My name is Lissa Leslie. I am married with two sons; we are survivors of the September 11, 2001 attack in Tower One. My financial background on Wall Street has instilled a strong foundation of fiduciary responsibility. My employment of over 30 years as a clerk, liaison, trading assistant, broker, trader, and compliance officer cultivated strong relationships based on trust, which I strongly uphold and implement today. In addition, I have worked with the SEC, FBI, and N.J. Dept. Of Justice and the IRS in a fiduciary capacity against injustices that others have endured. My passion is truth.

I now own a tax practice. As a tax professional this allows an intimate and humbling insight into a clients' foundation. I have known George and Jeanette Perez and his family for over ten years. I first met George and his wife and family in 2004, we have been friends since that time, sharing our life stories together year after year at our tax appointments. George listened to my testimonies as I have always been transparent with my faith in Christ. He has always allowed me to share what Christ has done in my life and how forgiveness, grace and mercy set me free. Over the years, George and his wife Jeanette had witnessed the terror and trauma that 9/11 has brought upon me and my family. My husband suffered a massive stroke on 10/31/01 as a result of the terrorist attack and subsequent aftermath. The stroke necessitated a craniotomy leaving him permanently disabled with left sided paralysis, debilitating seizures and severe cognitive deficits. George and his wife poured their love into me, sharing tears, compassion, prayers and total attentiveness to our needs. George is a compassionate listener.  Year after year, George continued to genuinely inquire about my family.

Some other qualities that I have come to know in George is a soft spoken, gentle spirit. When engaged in conversation, he is mindful not to speak over another. He is quick to apologize, a true and humble gentleman.

George is a family man and deeply loves his two young daughters. One can only imagine how much time he spends on researching homework with the girls. He and his loving wife Jeanette share a beautiful marriage.  They are a beautiful couple, united and strong in their faith. This tax year George was absent from our tax appointment as it was the day of deliberations by the jury. As I sat and prepared his return without his presence, I still sensed that he trusted me to go over line by line with Jeanette, just as I always had done. I missed him this year. I missed his warm smile and his laugh. I missed how he walked from the parking lot and always held his wife's hand into the office. I missed his firm handshake and embrace. I missed a lot of him this year.

This brings me to a place in time, as I write to you this day with great sadness in my heart. How does one communicate their feelings about their fellow man that is about to face a sentence? I am humbled and respect your position as a judge. How can I convey that this is a wonderful man, husband, father, friend, brother, uncle, nephew, and son and sum him up to you in a letter? I write to you with sincere love for this man; I am experiencing a great sadness as he faces his judgment. George knows I would never judge him nor pass judgment. Transparency is who Jesus is, that Jesus is my identity, and George knows that. All I know is the integrity of George Perez. During the aftermath of Madoff's arrest, George was working at the firm with the Madoff Trustee.   During the investigation, I asked George only one question that tax year. "How long you will be working with the authorities?" I recall him saying "As long as they need me or tell me to go home".

*Proverbs 16:2 all a man's ways seem innocent to him but only God weighs the motives of the heart.*

*John 18:37 Pilate therefore said unto him, Art thou a king then? Jesus answered; Thou sayest that I am a king. To this **end** was I born, and for this cause came I into the world, that I should bear witness unto **the truth. Every one that is of the truth heareth my voice.***

In the past, I have witnessed hundreds people's lives devastated overnight. I have held their hands and tasted their tears personally. I have fasted and prayed for each of them and for God to hold them to sustain them and bring them to a higher relationship with Him, our Lord. This includes George and his family.

*Micah 6:8 He has showed you, O man, what is good; what does The Lord require of us, but to do justly, and to love mercy, and to walk humbly with thy God?*

We can only hope and pray that your decision is one of understanding, compassion and mercy for George, Jeanette and his two daughters. I humbly ask and pray that consideration be given for his cooperation and willingness to assist in this matter. The length of time of this matter has taken a toll on George and the Perez family.  My prayer to my Heavenly Father is that George will be able to continue to love his family in his arms at home.

Thank you for your time. I know how it's precious to you too.

Mercy

James 2:3

Respectfully yours,

Lissa Leslie Owner

June 5, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  United States v. George Perez, et al., 10-CR-228 (LTS)

Dear Honorable Judge Swain:

My name is Anthony Loarte and I am co-founder of ████████████ a
sports marketing firm in the metropolitan New York area. I am a faithful Catholic,
devoted husband of 17 years and father of a 15 year-old daughter and 3-year old son.

I have personally known George for over 20+ years. During that time I have seen
George evolve into a responsible, hard working professional, and devoted husband and
father. We have shared countless treasured moments such as my wedding day and the
birth of our children.

George comes from a humble beginning. His parents sacrificed greatly to help their
family move forward in society. His father, an honest, proud and hard working individual
worked several jobs to provide a stable home for George and his sister. His mother, a
stay at home mom provided the spiritual and educational nourishment. George attended
Cardinal Hayes High School and graduated from Pace University. The sacrifice, drive
and humility that was instilled in him by his parents continues to be prevalent in his life
today.

George's family nucleus includes his wife Jeanette and his two girls, A███ 11 and
A████ 8. The commitment, time and devotion George has poured into his family has
resulted in well-rounded young girls and a strong, dedicated wife. George has always
taken a leadership role in the lives of his girls and has molded them to be smart,
confident, compassionate, and well versed.   He has always been committed and faithful
to his wife, which has created the foundation for a healthy and stable marriage.

During these trying years his family role has not diminish.  He continues to play an
intricate role in the household and has not allowed the pain and stress of his
circumstance affect his responsibility towards his family. He has kept his family focus
intact even when most would fold, which I see as a tribute to his strength and spiritual
beliefs.

I have personally experienced his genuineness and generosity through our friendship. A
generosity that never stemmed from materialistic things but from an emotional and
intellectual standpoint.  Whether it was sharing his political stand point, spiritual outlook



or simply sharing a cooking recipe. He is constantly willing to share his knowledge and opinion with anyone that would listen. George has taught me, through his actions, how to be a better father and friend. Observing his devotion to his family has impacted my life throughout the years.

George always made my family and I feel like we were home when we visited.  I didn't feel as if we were at a friend's house but at a family member's house.
During many social activities with his family, he made it a point to pay close attention to Jeanette's step- brother who had lost his sight.   George always made it a point to be very observant of his needs.  He made sure he was always comfortable and found ways to make him feel integrated in whatever activities we were involved with.  George always finds a way to help those that need it most.


George has accepted the role of a full time stay at home dad and has fully embraced it. Despite the legal pressure he has endured the past 4 years, his presence at home has been impressive.  Not having him around would be a detriment to his family and those who rely on him.

Honorable Judge Swain, I am respectfully requesting mercy of this Court when George is sentenced. I pray that you will give heartfelt consideration in making that decision and that you will take into account the pain George and his family have endured through this process. I pray that your heart is filled with compassion when deciding the fate of a good man.

Thank you in advance for your time and for your consideration.

Respectfully,

Anthony Loarte

████████████████████████████

June 5, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  United States v. George Perez, et al., 10-CR-228 (LTS)

Dear Judge Swain:

My name is Sara I. Loarte and I run a sports marketing consulting firm in New York called ███████████████ I am married for 17 years, a cradle Catholic and a mother of two children age 15 and 3.

I have known George Perez for over 20+ years.  He is married to one of my dearest friends, Jeanette Perez whom I met in High School.  My friendship with the Perez family has been long term and we have shared many special moments during our families' journey including the birth of our children, birthday celebrations, baptisms, and many more.

As you can appreciate, George's journey for the last four and a half years has been a difficult one for anyone to endure.  Yet his commitment to his family has never waivered during this stressful time.  While this matter has been evaluated by the Court of Law, George has assumed the household responsibilities of his home in order to keep his family moving forward and keep himself active during this difficult time.  In my opinion, most people who would experience such a situation would find it difficult to function and would battle symptoms of depression.  George has chosen to be a productive and positive factor in this process.  His approach to the matter only speaks to the strength of his character.

George is a devoted Catholic and attends St. Bartholomew Church in East Brunswick, New Jersey.  His dedication to his faith was instilled by his parents who raised him in the South Bronx and worked hard to make sure that George and his sister were provided with an environment that would allow them to succeed in life. His dad worked at a newsstand and had a second job as a hot dog vendor.  His mom was a stay at home mom who dedicated her time to her children and providing them with a loving and encouraging environment.  Throughout his childhood George

████████████████████████████

attended Catholic school and graduated from Cardinal Hayes High School in the Bronx. He is also a graduate of Pace University. His immigrant parents worked hard to provide George with the tools that he needed to lead a successful life. George never took for granted the sacrifices made by his parents. He was committed to finishing school and being able to make a positive contribution to his family.

As a stay at home dad during the last several years George took on the duties of overseeing the household. This included cooking, up keep of the household, grocery shopping, keeping up with the girls' extra curricular activities and their schoolwork. He used his time productively to help A████, who is 11 years old and A████ who is 8 years old, to be in a stable environment despite the public awareness of the case. George became very engaged in A████ soccer. He encouraged and motivated her with her academics. His presences at home created more structure and regimen that has been very beneficial to the girls. With A████ he was very involved with her schoolwork and extra curricular activities as well. He approached each child differently since he is very aware of how their personalities differ. He took the time to think through his approach with them individually since A███ who is a very passionate and emotional child, needed different guidance than A███ who is more creative and independent. He has been an exceptional dad to these girls. He has been a constant and engaged parent in their lives and despite the difficult situation their family has encountered these last few years, the girls are very stable emotionally. They pray before mealtime and bedtime. They do very well academically. They are two young girls who love and look up to their dad.

As his friend, I have experienced George's generosity and kindness. He is the type of person that will always give you the benefit of the doubt and he doesn't give up on people. He has shown this patience and compassion during multiple phases of their family's journey. At one point Jeanette's parents moved in with them. Although some people would feel this would be a burden, George's approach to this situation in their lives was one of compassion. He felt the Grandparents' presence in the household was a positive one for the girls. Regardless of how long they needed this help he was willing to do it with love, patience and compassion. At a different time, he took in Jeanette's brother who was much younger and not very clear on the direction of his life. George was constantly motivating him and providing direction. He encouraged him to go to school and to find the path for his career. This is just something that comes naturally to George… he does not give up on people. Jeanette's brother became a success story. He now has a successful career, owns a home and has a family of his own and I believe that George was a significant factor in his success.

Jeanette comes from a much bigger family than George does. George has always embraced them as his own. There have been many times that we have shared with George, Jeanette and her family in social activities. He welcomes people

to his home and makes them feel comfortable.  At times there would be 40-50 people in his home and he would cook, clean, manage activities and be a hospitable host.  During those times I've experienced conversations where George has encouraged, motivated and provided guidance to people who needed it. This is who George is…he puts others before himself.  He is very generous with his knowledge and time.

More recently, my family and George's family went to visit a mutual friend who had just had thyroid surgery due to cancer.  Our friend, who had been home only a week from the hospital was feeling pain in the wound area.  The reason for our visit was to support our friend and celebrate the success of her surgery.  Things quickly turned and we were faced with taking her to the emergency room to get checked.  Jeanette decided to accompany her to the hospital and George stayed behind with the rest of us.  As soon as they left, he quickly began to prepare dinner.  He made sure that the children were kept busy and unaware of our friend's health crisis.  His contribution to this moment allowed everyone to feel more at ease about what we were experiencing.  This is the type of friend that George is.

George and Jeanette have been married 14 years.  They have worked tirelessly and have been committed to their family and friends.  They are a faithful family and are committed to making life better for their kids and those around them.  They trust that the Lord will make their path clear so that they can continue to be a healthy and compassionate family.

I am sure that you read hundreds of letters in support of individuals but I pray that you have compassion and mercy towards George.  He is a good human being and not having him around would be a void in all of our lives.  I pray that your heart allows you to use your authority to give him an opportunity to become all that God has meant for him to be and to afford his girls the opportunity to have their dad present in their lives.

Thank you for your time, understanding and compassion.

Respectfully,

*Sara Loarte*

Sara I. Loarte

3

June 6, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:  <u>United States v. George Perez, *et al.*, 10-CR-228 (LTS)</u>

Dear Judge Swain:

I am writing to you on behalf of Mr. George Perez. My name is Camelia Maldonado. I am a Bronx resident, ████████████████ and a grandmother.

 I have known Mr. Perez for over 30 years, since he was a teenager. I have seen him growing from a very chatty and funny teenager to a very dedicated husband and committed father. He has always been a family-oriented person. Throughout all these years I have known Mr. Perez as being a very concerned and respectful son. I remember back then in his teenager years, when he visited us; he made sure his parents knew where and with who he was. That showed that his actions evolved around the values and respect his parents had instilled in him. As of today I know in my heart that those values have not changed. Mr. Perez stills a committed and loyal son. Moreover, he is great husband, and a loving, caring, and protective father. He is a very respectful and faithful friend. I know as a fact that Mr. George Perez is a great human being with solid core values.

Any question regarding the content of this letter, please do not hesitate to contact me at ██████████

                      Respectfully,

                      Camelia Maldonado

May 12, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. George Perez, et al., 10-CR-228 (LTS)

Dear Judge Swain:

It is truly my pleasure to write to you on behalf of George Perez. I have had the pleasure to meet and get to know George and his lovely family about five years ago when George's oldest daughter, A█████ played both town and travel soccer with my daughter M█████ In fact, both of our younger daughters also became friendly from attending the several soccer games their older siblings participated. They also played soccer together in East Brunswick, NJ.

Although I cannot speak to the details of George's case and quite frankly, am not in the position to speak to the matter, what I can speak to is the character of George Perez as a friend, a neighbor, a father and a husband from my perspective over the last several years. I spent a good deal of time with George and his family from the various soccer events, tournaments on the road, birthday parties, BBQs and the typical social events that one becomes involved with through youth sports and town friendships. I have found George to be a very friendly, fun and caring individual. Always willing to lend a helping hand; from keeping an eye on one of the kids, dropping them off or picking them up for an activity or just making an extra dish for a local BBQ in the summer.

It became very apparent early on that George had a very strong and close relationship with his wife and children. He seemed to truly enjoy spending time with them as well as interacting with all of the parents and children on the soccer team. Although our daughters no longer play on the same soccer team, I still run into George in town often. We actually ran into each other just a few weeks ago when he was out for a bike ride with his girls. I asked if there was anything I could do to help and he sheepishly asked about my writing this letter. My impression was that he didn't want to impose on me, even given the circumstances he was in post-trial.

My biggest takeaway during all of my interactions with George was his positive outlook. Although we never discussed his case, I always knew what was going on behind the scenes. But it never stopped George from being a strong figure to his family and friends. If you didn't know the details you would just think George was a happy and satisfied family man. I do give him much credit for his positive outlook and approach to life given his circumstances. As I previously mentioned, I can only speak to my personal interactions and impressions of George outside of his circumstances with his trial. And those have led me to confidently believe that he is an excellent and loving father and husband, a friend that you can rely on, even in the face of

any adversity as George has proven over the years, and the type of person you would appreciate as your neighbor and member of your local community.

I am a hard working person, employed nearly twenty years now, mainly in ███████████ ██████████████████████████████████ I am confident that my reputation reflects an honest and caring family man and someone that is well liked and respected in my community and industry. From a personal standpoint, I am a firm believer in the US Justice System and I recognize the magnitude of this case.

Nevertheless, I do ask that you find mercy and compassion when determining George's punishment. George is clearly a strong willed man and I know he will be able to overcome whatever sentence is decided upon. However, I truly feel for his wife and children and hope that you can take into account how this will affect them, especially his daughters whom are at such an age where a father's guidance and support play such a critical role in their future.

Thank you for your time.

Respectfully,

David Mandleur

June 2, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. George Perez, et al., 10-CR-228 (LTS)</u>

Dear Judge Swain:

This is a character letter regarding Mr. George Perez.

My name is Jose Matos and I am currently ███████████████████████████
█████████████████ I have had the pleasure of knowing George for over 20 years. We first
met in the late 1980's through a mutual friend and ever since, we and our families have been
great friends. I feel I know George about as well as any person. So much that we consider
ourselves family.

In these 20 plus years, I've always known George to be a motivated, hardworking family man
with solid values and morals. Values and morals that were instilled in him from his loving
parents and are now being passed on to his two beautiful daughters. As children, both George
and I have similar histories growing up. We were raised in New York City in impoverished
areas where for many, crime and drugs were a way of life. I raise this point because it is very
easy to become a product of one's environment when it is part of your daily life. However,
George chose not to become a statistic and decided to pursue a better way of life. This is why I
find these charges against him so out of character.

I am aware of the events regarding George's convictions as well as the extensive sentencing time
that can be imposed. It is inconceivable to me to lose a family member for so long that I could
only imagine the impact this will have on his immediate family. Throughout this debacle,
George has already suffered extensively thinking of what he has put his family through. His
mother, father, wife, and children are certainly not deserving of what they have been through but
throughout, no one has turned their back on George and they have continued demonstrating
nothing but support.

It's apparent that an extended prison term will have a tremendous impact on George's family.
However, it is his oldest daughter that I feel will be devastated the most. Besides the fact that
George is a great father, he has invested so much time with his oldest daughter in the game of
soccer. His weekends are unselfishly spent attending practices and participating in competitions.
It is because of George that she has excelled in the game of soccer and it would not be the same
for her without her greatest fan.

Your Honor.  Because of the significant difficulties that will be faced by George's family, who themselves were blameless in this incident, I respectfully request that you grant some leniency and impose the lowest possible sentence.  I believe that the loss of his credentials, accreditation for his vocation, credibility, as well as the loss of those freedoms that he was afforded prior to his convictions, have already taken an effect on him.  I feel George's family would be subjected to needless suffering if a long term sentence is imposed.

Thank you for your time and consideration.

Respectfully,

Sherice McQueen

████████████████████████████

Dear Judge Swain:

My name is Sherice McQueen and I am ████████████████████████████████
community for 25 years. I also work with family dynamics on a daily basis. This enables me to
make appropriate judgment on a parent's ability and establish if a child is in a safe environment.
I enjoy what I do and I am a ██████████████████████████████████████

I am writing on behalf of my friend George Perez. I have known George for approximately 5
years. Our eldest children play soccer together on the same team. I have also been in his
company unrelated to soccer as we are friends. George is a great friend. He has a warm heart and
a great love for all genres of music. He and his wife are always willing to open their home to
soccer activities at a moments notice. When hanging out with George, you are always in for a
fun time and good laughs. He is a great guy.

I have followed this case in the news and while I understand the magnitude and all the lives that
have been affected by it, I am asking for your favor on sentencing day. This 5 years case has
taken its toll on George and his family. Please keep his wife and two daughters in mind when
you make your decision. He will be a missing link in our community.

I thank you for your time and hope that you make a judgment that is fair and thoughtful.


Respectfully Submitted,

*Sherice McQueen*

Sherice McQueen
Personal Friend

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007


Re:  United States v. George Perez, et al., 10-CR-228 (LTS)

Dear Judge Swain:

I am writing this letter on behalf of my friend, George Perez, who is awaiting sentencing before your court.

I am employed as a ███████████████████████ and live in the same town as George.

I have known George and his family for approximately eight years. We first met through mutual friends as George was planning to purchase a backyard play set for his children and he and his wife, Jeanette, visited our home to observe the set I built for my daughters before they made a purchase.

Since that time, George and I, and our families, have become close friends. We have attended various gatherings in each other's homes and have even vacationed together twice. George and I enjoy fishing and have spent many hours together in that pastime.

Through these shared experiences, I have had the opportunity to observe George in various circumstances and would like to share some of what I have learned so that you will have a better idea of the kind of person he is.

George is very devoted to his family and understands the importance of his role as a father, something he obviously enjoys immensely. He is proud of his daughters and is actively involved in helping to shape them into well rounded people and responsible citizens. It is equally obvious that his daughters adore their father.

He is quite generous to others. I had admired an expensive fishing reel of his on one of our trips together. George surprised me on my 50th birthday by making me a present of his personal reel. Although this was the most generous gift any of my friends had given me, and more than I expected, he visited me a couple of days later to give me a further present of a fishing rod to go with it.

I have come to know George as a warm, caring, generous and honest person.

It came as a great shock to learn of the very serious crimes George had been charged with. It did not seem possible that my friend could knowingly be involved in an elaborate criminal enterprise.

I have been impressed with how well George has handled his long legal ordeal. He has behaved with a grace that I am not sure I could if I were in similar circumstances. He has retained his close bond with friends and family while maintaining the sense of humor that makes him fun to be around.

I was saddened upon learning that George had been convicted of the charges against him. I was hoping that he would be able to clear his name and put this chapter of his life behind him.

I have been impressed with the character he has shown even after the verdict was announced. We have had some discussions about the trial and I was surprised to hear George speak well of so many of the people involved, even many of those offering testimony against him. Again, not something I'm sure I could muster if I were in his shoes. He appears accepting of his fate and has maintained a positive outlook.

When deciding George's sentence, I am asking that you show as much leniency as possible. I am sure that he is a strong enough person to handle incarceration and that his wife Jeanette, being a person of strong faith, will survive his absence as well. My main concern is the impact that his absence will have on his young daughters, A███ and A███. As I have mentioned, George takes fatherhood seriously and has an important role in their upbringing. As a father of three daughters myself, I know that they depend upon him for moral guidance, protection and companionship.

Thank you for the opportunity to offer my input. I hope it has given you some insight into George's character and a sense of how important he is to his family and friends.

Respectfully,



May 4, 2014


Your Honor,

I am writing this letter because George Perez asked me to provide a
character reference on his behalf.  I have known George and his family
personally for the past two years and have been around the family for the
past four years.  Our daughters have been on the same soccer team for the
past two years and I feel qualified to speak on his behalf in terms of his
character.

Over the past four years, I have noticed that he has played an active and
positive roll in his daughters', A████s and A████'s, lives.  George is
always present and involved in the girl's activities.  He has raised two
respectful young ladies that have great character, strength and are lovely
to be around.

George is always looking out for his family's well being.  He plays an
active roll in homework and making sure his girls are well rounded and
exposed to every opportunity they are interested in.  There have been
plenty of times I have seen him take the time out to take A████ to the
playground to play for a bit and other times, while one girl is practicing
with her coach, George is helping his other daughter with homework.  He
shows patience and compassion when he's with his daughters and lovely wife
Jeanette.

Over the past two years since our older daughter's have been together on
the same soccer team, we have gotten to know the Perez family in a more
intimate manner.  I have a special needs daughter, J████, who has Down
Syndrome and is hearing impaired and they have all genuinely embraced her.
George always makes a point of coming over to say hi to my J████  Some
of our tournaments have taken the entire team and families away together
for days and we all have grown together as a family.  George plays an
active and important roll in his girls' day-to-day lives.  His daughters
adore him and it's easy to see why.

If I can be of further assistance, please feel free to call me at ████████
████ or contact me by email at ████████████████████

Sincerely,

Sonya Robertson

*Edwin Rodriguez*

███████████████████

June 14, 2014

Honorable Laura Taylor Swain

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Re: <u>United States vs. George Perez, et al.,10-CR-228 (LTS)</u>

Dear Judge Swain:

George Perez asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. I feel strongly about George and about his future, and I want to try to make you feel the same way.

George Perez is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known George Perez for over 10 years and in that time I have seen him go through ups and downs, but all the while I have been convinced that he is a decent person at the core. He just needs more people to believe in him so that he can become the person I know he can be

It is unthinkable that Mr. Perez should hurt anyone intentionally.   He has a caring heart and exhibits great patience with all he interacts with. All those who know Mr. Perez have only favorable comments on his character.  He is sincere and thoughtful; always putting others first above himself.  I trust that the court will find Mr. Perez a good character and assist him to a favorable outcome in his current predicament. I am willing to be a witness for George Perez.

Respectfully,

*Ed Rod*

Re: <u>United States v. George Perez, *et al.*, 10-CR-228 (LTS)</u>

Date: 5/29/2014

Dear Judge Swain:

First of all, thank you for taking the time to read our letter. My name is Jose Serrano. My wife Renee and I are longtime friends of George Perez and his family. I am a ███████████████ ██████ in Madison, N.J. My wife Renee and I have lived in Hasbrouck Heights, N.J. for the past 11yrs since the day we were married. We have two wonderful daughters S███ and E████ who are also great friends with A███ and A████ Perez.

I grew up in the South Bronx, during the early 80's and 90's. Although I have some fond memories growing up there, the reality was the Bronx streets were drug infested and dangerous during our childhood. Luckily, I was able to move on and so did a few of my best childhood friends including George. I met George when I was a teenager, thru another good friend named Victor. I remember George being very different, he was not into the same things most kids in the neighborhood were into. Although we lived in a high crime area, George always found the time to go fishing, hiking or other outdoor activities. He would take some of the younger kids in the neighborhood along. Many of these kids grew up in a single family household. They were unfamiliar with the family component and how it can grow to include others. George knew the importance of mentoring and being a role model for others and attempted to show the other kids in the neighborhood. Not that we were always role models, but the fact that it was the beginning of a relationship with a long lasting effect. Where I found that we could bring meaningful change to others in our community. I also remember George being excited about the prospect of college and a career that would take him out of the neighborhood. Seeing George go off to Pace University, made us realize a better future was possible. George has continued to be active in his daughter's school activities and has been an active member of his Church as well as his community.

Knowing and being around George Perez for most of my life, I can tell you that many lives will be affected if someone like him was removed from society. Even if it is only for a brief time. It will affect the lives of anyone he comes in contact with. He is selfless, understanding and engaged. He understands that family, sharing and wellness come first, George understands that children need to be understood, listened to,and supported. He has taught his children that adults are not always perfect but can stumble in life.

Judge Swain, George Perez needs your help and compassion. The past 4 ½ years have been challenging for all of us, but please see George Perez for who he really is. He is a father, a mentor, and a hardworking individual who has never taken shortcuts in life. George is someone who grew up in the poorest of our neighborhoods has thru his many good deeds has become an example for many of us.

Respectfully,

# CHARLES R. SHEARD, ESQ.

███████████████████████████████████

May 23, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. George Perez, et al.,* 10-CR-228 (LTS)

Dear Judge Swain:

I am an ████████████████████████████████████
██████████████████████████████████████████
However, I am writing to you in my personal capacity, on behalf of the family of
George Perez.

I did not know George Perez prior to the autumn of 2010, when I began coaching
his daughter A███ in our town's soccer club, so I can only speak to the man I have
known since that time. In the nearly four years since that time, during which I have
spent countless hours with George as I continued to coach his daughter in soccer, and
also began coaching her in volleyball starting in 2011, I have considered George and his
wife to be very good friends to me and my family.

George has always been a regular sight on the sidelines, being one of the first
parents to arrive and one of the last to leave, because he so much enjoys watching his
daughter play. It may be easy and cliché to say that someone is a caring parent, but
George's love for his two young daughters has always been clear for everyone to see.

He and his wife Jeanette were also some of the most enjoyable parents to have involved with our teams, opening up their homes to all of us on a regular basis for team gatherings and making both players and parents feel like they were a part of the Perez family.  Everyone always wanted to go to the team events hosted by George and Jeanette, which often lasted well into the night, and as often as not included spirited volleyball games between the parents in the back yard.  His affability and open affection for all the families on the team, as well as the obvious familial warmth surrounding him, his wife and daughters, always made such events highpoints of the season for us all.  I have no doubt that everyone from those teams still treasures those memories.

It is therefore with great sadness that I think upon not just the possibility of what George may face, but what A▮▮▮ A▮▮▮ and their mother, Jeanette, will have to endure in his absence.   I know that the girls and their mother possess great strength of character, but their personal ability to endure does not in any way lessen the pain they will go through.  For that reason, I would hope the Court will take into consideration the aspects of George Perez that I have had the pleasure of knowing these last few years, as I will continue to consider him a friend no matter what.

Respectfully yours,

Charles R. Sheard

Date: April 27, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. George Perez, *et al.,* 10-CR-228 (LTS)

Dear Judge Swain:

My name is Brian Simpson, I am a graduate of the ███████████████ ████████████████████████████████████████████████ I am married for 13 years and have 3 children.

I have known George Perez and his family for the last 5 years mainly through our daughters playing soccer together.  Through the years we have become more than just "soccer" friends.  Our families have spent an abundance of time off the soccer field through parties, dinners and church.  I would consider George and his family close family friends.

In the infancy of my interaction with George, I was unaware of his legal situation.  My first impression of George, he was a confident, friendly and well liked individual.  He always seemed thoughtful and always a family man.  Though the years of getting to know George, this only confirmed my initial feeling.

George would often be the liaison for the parents on the soccer team.  As with any team, problems arise, and George was the first person to intervene and try to help.  He consistently helped the team to operate smoothly. The Perez family would often have parties for the team and this was a form of "teambuilding".   George was very supportive of the children. I believe he did this for the benefit of the children. George also seemed to enjoy spending time "warming up" the girls before soccer. He would take through drills and exercises to get them ready to play before a game.

My opinion of George Perez is that of a family man that cares for everyone around him.  I would like to ask for compassion, mercy and leniency in his sentencing.

Respectfully,

*Brian Simpson*
Brian Simpson

████████████████████████████
████████████████████████████

Victor Y. Soto



June 5, 2014

Honorable Laura Taylor Swain
United States District Judge
Sothern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. George Perez, et. al 10-CR-228 (LTS)</u>

Dear Judge Swain:

My name is Victor Soto and I currently work ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  I have known George for approximately 35 years.  We met through mutual friends.  George is a very outgoing friendly person. He is very sensible, hard-working, and humorous. He highly values his family and always puts his family first.  In terms of our friendship George has helped me a lot. Many years ago during a very dark time in my life, I was heading down the wrong path. George was one of a few friends who had the courage to point this out to me. He helped me turn my life around with good advises and care.   George also helped another mutual friend to start his career by lending him the money to go back to school to further his education. He is very generous and caring.

George has strong family values and is always there for his wife and two daughters.  He is one of the greatest fathers that I have ever known. He is very involved in every aspect of his daughters' lives. He always attends his daughters sporting events, school plays and all other major events.  George is a person who would give his life for his family.

This is the hardest letter I have had to write, because I think about the possibility of never seeing my friend George again. It hurts.  We don't get to see one another as often as we should due to personal obligations, but when we do is like time stood still and we just pick up where we left off. The impact of not having him around for the rest of our lives it will also impact his loved ones as well. George will never be able to see his daughters grow. Furthermore, he will never be able to attend their high school and college graduations, walk them down the aisle in their wedding day, and won't able to hold and play with his grandchildren. These are the reasons why Honorable Judge Swain I want to ask you for leniency for George Perez. Thank you and God bless you.

Sincerely,

Victor Soto

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007

June 6, 2014

Re: United States vs. George Perez, et al, 10-CR-228 (LTS)

Dear Judge Swain,

My name is Philip Stephano and I am currently ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮ I am writing you regarding George Perez who was recently convicted for his role in the
Bernie Madoff scheme. I met George two years ago at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ where i
was working and where he and his wife Jeanette are tax clients.  At ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ we are upfront about our Christianity and we look for opportunities to pray into
peoples' situations. After learning about his legal circumstances I had several chances to
pray with George and Jeanette together and apart. George impresses me as a person who
is humble and sincere and who bears the spirit of peace.  I know George Perez to be a man
of faith with a wife and children who love him and rely on him and I ask that you take these
qualities into consideration in your sentencing of him.

Respectfully yours,

Philip Stephano

# SCOTT YAGER MD

June 5, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District Of New York
500 Pearl Street
New York, NY 10007

Re: United States v. George Perez, et al., 10-CR-228 (LTS)

Dear Judge Swain:

George recently requested that I write a letter on his behalf, and I am very willing to do so or help him in any way possible. I've had the pleasure of knowing George for at least 5 years. Initially we met as fellow soccer parents, and subsequently our relationship evolved into a close friendship. More recently I have become his ███████

I've spent many, many hours with George on the soccer field, at social functions in large groups, and in more intimate settings with just our families. I've gotten to know him quite well, as we have had many heartfelt conversations, and I've developed a great deal of admiration and respect for him. I know with **certainty** that we share the same values, with family always being the main priority and all else a distant second. I know George as an extremely dedicated father and husband. I know him to be very appreciative of the important things that life has given him.

I also have gotten to know Jeanette, his wife, on this same level and consider it a privilege. Likewise, we have had many intimate conversations. Jeanette is a very positive, spiritual person with excellent values. Our conversations frequently revolve around our shared appreciation of all our blessings.  Jeanette is one of the most wholesome, principled persons I have ever met.

In short, in the context that I know George, his wife and his children, I can not think more highly of him and of course find his current situation heartbreaking. I ask that you kindly consider this side of George, and I pray for him and his family that you show him mercy when he is sentenced. I **thank you** for giving this letter your attention.

Respectfully,

Scott Yager MD