

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* erbreslin@duanemorris.com

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

July 25, 2014

VIA ECF

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl St.
New York NY  10007-1312

      **Re:**    <u>**United States v. Bonventre, et. al., 10-cr-228 (LTS)**</u>

Dear Judge Swain,

In accordance with the Court's order, we write to alert the Court to any additional common issues in advance of Tuesday's hearing.  The defense expects to raise the following common issues:

1. A request that the defense be permitted to make a supplemental submission to address victim statements, audio, and other media filed by the government;

2. Scheduling of the sentencings; and

3. The consolidation of the civil and criminal forfeiture proceedings.

The government has indicated that it has no common issues to add to Tuesday's agenda. We thank the Court for its courtesy.

Respectfully Submitted,

_____s/s_____
Eric R. Breslin

cc:    All counsel (*via ECF*)

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                    WALTER GREENHALGH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800          PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429