# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Wendy Gerstmann Powell
*Special Counsel*

Kimberly A. Yuhas

David V. Kirby
Aaron Twersky
*Of Counsel*

Writer's E-mail
kyuhas@krantzberman.com

October 8, 2014

**BY ECF AND HAND DELIVERY**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Bonventre, et al.*, 10 Cr. 228 (LTS)

Dear Judge Swain:

    We represent George Perez in the above-referenced matter and write regarding the Second Declaration of Larry H. Krantz on Behalf of George Perez and Jerome O'Hara, Constituting Our Second Supplemental Submission on Forfeiture, Foreseeable Loss and Other Sentencing Issues, which was filed with the Court yesterday, October 7, 2014 (the "Supplemental Submission"). Yesterday evening, following the filing of our Supplemental Submission, we received an email from the Government requesting that we send it "a copy of the full chain of correspondence between [our] firm and Mr. Madoff[.]" In response to the Government's request, we have elected to provide to the Court and all parties the full correspondence between this firm and Bernard L. Madoff relating to the emails referred to in the Supplemental Submission. These emails are annexed hereto as Exhibit A. We provide this email chain in an abundance of caution, in response to the Government's request.

Sincerely,

Kimberly Yuhas

cc:    All counsel (By ECF)