## Law Offices of
# GORDON MEHLER PLLC
747 Third Avenue ♦ 32nd Floor ♦ New York, NY 10017-2803

Gordon Mehler
*Principal*

Nathaniel Burney
Rebecca Campbell
Michael Rakower
Daniel Rothstein
Harvey Stuart
Joyce Young
Mengtao Yu
*Of Counsel*

Rick Guimond
Ben Stadler
*Paralegals*

October 14, 2014

**BY FAX**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. O'Hara, (SDNY) S10 10 Cr. 228 (LTS)**

Dear Judge Swain:

  I represent Jerome O'Hara in the above captioned case, whose travel is restricted to the Southern and Eastern Districts of New York and who has a 12-hour daily curfew. I write to request permission for Mr. O'Hara to undergo a medical sleep study on the night of October 20th, which was prescribed by his doctor. The sleep study will require that Mr. O'Hara's curfew be suspended for that night, and he would return home the next morning by 9AM.

  The government does not consent to this simple request. In more than 30 years of practice I have never seen an AUSA object to a request of this nature, and am unaware of any reasonable legal basis for such an objection. Mr. O'Hara's Pretrial Services officer, Anna Lee, has no objection. Thank you.

*The requested modification is granted.*

Sincerely,

Gordon Mehler

**SO ORDERED:**
*/s/ 10/14/14*
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Tel: (212) 661-2414 ♦ Fax: (212) 661-8761 ♦ E-mail: gmehler@mehlerlaw.com ♦ Website: www.mehlerlaw.com