

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* erbreslin@duanemorris.com

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

November 4, 2014

VIA ECF

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
NY NY  10007-1312

    Re:    **United States v. Bonventre, et. al., 10-cr-228 (LTS)**

Dear Judge Swain:

    We write with regard to the government's new letter brief with respect to sentencing, filed yesterday.  During our appearance before the Court last week, Your Honor requested some follow up information from the government.  The government has taken the opportunity to submit a new, nine page letter brief containing far more than reasonably tailored responses to the Court's discrete questions.

    Instead, the government has submitted another memorandum of law—this on top of the extensive briefing it has already submitted and the 90 minutes of argument it availed itself of last week.  Almost unbelievably, it also seems to have submitted yet another proposed forfeiture order for Ms. Crupi – the sixth by our count.

    We write to lodge our objection to the government's submission.  By our reckoning, this is not what the Court asked for and no permission was sought for something more than what was requested from the bench.  Furthermore, we believe that certain of the government's statements and interpretations in the brief are overly aggressive and are not even really responsive to the questions posed by the Court.

DuaneMorris

Hon. Laura Taylor Swain
November 4, 2014
Page 2

      For these reasons, we request that the Court disregard this filing.  If the Court is inclined to credit the government's late submission, we respectfully request a short response.  We would require no more than three pages.

                                               Respectfully Submitted,

                                                      /s/
                                               Eric R. Breslin

cc:      All counsel (*via ECF*)