UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                     Plaintiff,                No. 10CR0228-LTS

-against-

DANIEL BONVENTRE, et al.

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 05 2014

### ORDER

The Government is hereby directed to provide this Court with copies of all memoranda from the proffer sessions of Defendants Annette Bongiorno and Joann Crupi.

SO ORDERED.

Dated: New York, New York
       November 5, 2014

                                                LAURA TAYLOR SWAIN
                                                United States District Judge