**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2014

BY ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

      Re:    *United States v. Daniel Bonventre, et al.*
               No. S10 10 Cr. 228 (LTS)

Dear Judge Swain:

      Pursuant to the Order issued by the Court earlier this afternoon, enclosed please find copies of the Federal Bureau of Investigation's FD-302 reports for the proffers of defendants Annette Bongiorno (on January 20, 2009) and JoAnn Crupi (on March 3, 2009, and February 11, 2010). We have also enclosed copies of the relevant proffer agreements. Unless the Court directs otherwise, the Government does not intend to file these documents on ECF, but will maintain them in our custody as with other trial and sentencing exhibits.

      Thank you for your consideration.

                                  Respectfully,

                                  /s/ Matthew L. Schwartz
                                MATTHEW L. SCHWARTZ
                                JOHN T. ZACH
                                RANDALL W. JACKSON
                                PAUL M. MONTELEONI
                                Assistant United States Attorneys
                                Tel.: (212) 637-1945

cc:    BY ECF

        All defense counsel