UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,               No. 10CR0228-LTS

-against-

DANIEL BONVENTRE,
ANNETTE BONGIORNO,
JOANN CRUPI,
JEROME O'HARA &
GEORGE PEREZ

               Defendants.

### ORDER REGARDING SUBMISSIONS CONSIDERED IN CONNECTION WITH SENTENCINGS OF ABOVE-CAPTIONED DEFENDANTS

In connection with the sentencings scheduled for December 8, 9, 10 and 15, 2014, the Court has reviewed the Presentence Investigation Reports and the submissions listed on the attached Schedule A. All Defendants' submissions are included here because each of the Defendants has joined some or all of their co-Defendants' arguments. Briefs filed in connection with Defendants' post-trial motions are included because several parties have cross-referenced their earlier submissions. Counsel are requested to inform the Court promptly of any omissions or necessary corrections.

SO ORDERED.

Dated: New York, New York
         December 5, 2014

                                            /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           United States District Judge

## SCHEDULE A

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 4/15/14 | 970 | Bongiorno | Letter re: post-trial motions, moving for dismissal of all counts pursuant to Rule 29(c) | 1 & 2 |
| 4/15/14 | 971 | Crupi | Memo in Support of Rule 33 motion for new trial | |
| 4/15/14 | 972 | Crupi | Memo in Support of Rule 29(c) motion for acquittal | |
| 4/16/14 | 976 | Bonventre | Memo in Support of Motion for acquittal under Rule 29 or for a new trial under Rule 33 | |
| 4/16/14 | 977 | Perez | Memo in Support of Motions for new trial (Rule 33) and judgment of acquittal (Rule 29) | |
| 4/16/14 | 980 | O'Hara | Memo in Support of motions for acquittal (Rule 29) or new trial (Rule 33) | |
| 5/16/14 | 994 | USA | Memo in Opposition to Defendants' motions for acquittal and new trial | |
| 6/6/14 | 1006 | Perez | Reply Memo in Support of Motions for new trial (Rule 33) and judgment of acquittal (Rule 29) | |
| 6/13/14 | 1011 | Crupi | Reply Memo in Support of Rule 29(c) motion for acquittal | |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 6/13/14 | 1012 | Crupi | Reply Memo in Support of Rule 33 motion for new trial | |
| 6/13/14 | 1013 | O'Hara | Reply Memo in Support of motions for acquittal (Rule 29) or new trial (Rule 33) | A & B |
| 6/13/14 | 1015 | Bonventre | Reply Memo in Support of Motion for acquittal under Rule 29 or for a new trial under Rule 33 | |
| 6/25/13 | | Bongiorno | Letter re: objections to PSR disclosed 6/13/14 | |
| 6/25/14 | 1033 | USA | Letter re: Proposed Forfeiture Orders, procedures for addressing forfeiture issues | |
| 6/26/14 | | Crupi | Letter re: objections to PSR | |
| 7/2/14 | 1050, 1050-1 | USA | Cover Letter/Proposed Forfeiture Order for Perez | 1050-2: Roberts Decl. as to Perez |
| 7/2/14 | 1045, 1045-1 | USA | Cover Letter/Proposed Forfeiture Order for Crupi | 1045-2: Roberts Decl. as to Crupi |
| 7/2/14 | 1045, 1045-3 | USA | Cover Letter/Proposed Forfeiture Order for O'Hara | 1045-4: Roberts Decl. as to O'Hara |
| 7/2/14 | 1042, 1042-1, 1042-2 | USA | Cover Letter/Proposed Forfeiture Order for Bonventre | 1042-2: Roberts Decl. as to Bonventre |
| 7/2/14 | 1042, 1042-3, 1042-4 | USA | Cover Letter/Proposed Forfeiture Order for Bongiorno | 1042-4: Roberts Decl. as to Bongiorno |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 7/8/14 | 1053 | Perez | Letter re: objections to PSR disclosed 7/2/14 | |
| 7/9/14 | 1054/1055 | Bongiorno | Sentencing Memo | A-DD |
| 7/9/14 | 1056 | Bonventre | Sentencing Memo | 1-66 |
| 7/11/14 | 1059 | O'Hara | Sentencing Memo | A-C; Exhibit A: Letter re: objections to PSR disclosed 7/2/14 |
| 7/11/14 | 1064 | Perez | Sentencing Submission | *Includes DVD that accompanies sentencing letter of one of Mr. Perez's daughters.  Letter filed on 7/23/14 (Docket Entry No. 1092) indicates that no transcript will be filed because DVD contains no audio other than music |
| 7/14/14 | 1067 | Bonventre | Letter re: objections to PSR disclosed 6/11/2013 | |
| 7/17/14 | 1076 | Crupi | Sentencing Memo | A-F; *Exhibit D consists of DVD that was provided to chambers on 7/11/14 |
| 7/17/14 | 1077 | Crupi | Sentencing Letter | A-E, Bowen Affidavit |
| 7/17/14 | 1078 | Perez | Memo in Opposition to Preliminary Forfeiture Order | Krantz Declaration re: forfeiture |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 7/17/14 | 1079 | Bongiorno | Letter re: Opposition to Preliminary Forfeiture Order | Rudy Bongiorno Declaration re: assets and forfeiture |
| 7/17/14 | 1080 | Bonventre | Letter re: Opposition to Preliminary Forfeiture Order | |
| 7/17/14 | 1081 | O'Hara (filed jointly on behalf of all defendants) | Memo in Opposition to Preliminary Forfeiture Orders | |
| 7/21/14 | 1083 | USA | Reply Memo re: Preliminary Forfeiture Order | A: Supp. Roberts Dec.; B: Greenblatt Dec. |
| 7/21/14 | 1083-3 | USA | Revised Proposed Forfeiture Order: Bongiorno | Attached as Exhibit C |
| 7/21/14 | 1083-4 | USA | Revised Proposed Forfeiture Order: Crupi | Attached as Exhibit D |
| 7/22/14 | 1086 | USA | Letter re: Victim Impact Statements and Corrected Sentencing Memo | |
| 7/22/14 | 1087 | USA | Corrected Sentencing Memo | |
| 7/22/14 | 1088 | USA | Supplemental Sentencing Submission - Victim Impact Statement Letters | Parts 1-8: Victim Impact Statements |
| 7/25/14 | 1097 | Bongiorno | Reply Memo - Sentencing | A-E |
| 7/25/14 | 1099 | Crupi | Reply Memo - Sentencing | A-E |
| 7/25/14 | 1100 | Bongiorno | Sentencing Letter | Attachment 1: 7/21/14 letter from Bongiorno |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 7/25/14 | 1101 | Perez | Reply Memo - Sentencing | |
| 7/25/14 | 1103 | Bonventre | Reply Memo - Sentencing | A-C |
| 7/26/14 | 1105 | O'Hara | Reply Memo - Sentencing | |
| 7/28/14 | 1111 | USA | Letter re: Agenda for Pre-Sentencing Hearing on 7/29/14 | |
| 7/29/14 | 1112 | O'Hara | Endorsed 7/24/14 Letter re: Supplemental Sentencing Materials (additional letters and photographs) | A-B |
| 7/29/14 | 1114 | Perez | Letter re: Government's 7/28/14 Letter on Forfeiture Hearings | |
| 7/31/14 | 1115 | Submitted by Perez on behalf of all Defendants, authored by Amici (Professor Bruce Green, Fordham Law School, Counsel of Record) | Motion for Leave to File Amicus brief (brief accepted into record at 7/29/14 conference); Amicus brief "Of Professors and Practitioners as Amici in Support of Defendants" | Appendix 1: Amicus brief "Of Professors and Practitioners as Amici in Support of Defendants" |
| 8/20/14 | 1124 | USA | Supplemental Memo in Connection with Sentencing (largely forfeiture) | A-F |
| 8/20/14 | 1124-1, 1124-2 | USA | Superseding Roberts Declaration re: tracing of Madoff Securities funds for purposes of forfeiture | (Ex. A to Entry No. 1124) |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 9/12/14 | 1127/ 1138 | Crupi | Objections to Government's Supplemental Forfeiture and Sentencing Submissions | 1-7, Ex. 1 – Bowen Affidavit |
| 9/12/14 | 1128/ 1142 | Perez | Supplemental Memo in Opposition to Government's Preliminary Forfeiture Order | A-B |
| 9/12/14 | 1130 | Bongiorno | Supplemental Sentencing Memo | Docket Entry 1131 - Riopelle Declaration with Exs A-C |
| 9/13/14 | 1133/ 1141 | O'Hara | Opposition to Government's Supplemental Sentencing Memo | |
| 9/13/14 | 1134/ 1144 | Bonventre | Opposition to Government's Supplemental Sentencing Memo | Docket Entry 1135/1143, Bonventre Declaration |
| 9/16/14 | 1140 | Crupi | Declaration of Eric R. Breslin re: Crupi's Supplemental Submission (excerpts from Crupi notepad, handwritten notes, article on incarcerated mothers) | A-D |
| 9/17/14 | 1146 | Bonventre | Sentencing Letter in support of Daniel Bonventre by Roxanne Scemla | |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 9/19/14 | 1149 | Perez, on behalf of all Defendants | Letter re: request for forfeiture oral argument, format and procedures for forfeiture hearing | |
| 9/19/14 | 1150 | USA | Letter re: Government's prima facie case for forfeiture with respect to each defendant | |
| 9/21/14 | 1151 | Crupi, on behalf of all Defendants | Response to Government letter on forfeiture, procedures for forfeiture hearing | |
| 9/25/14 | 1154 | USA | Supplemental Reply Memo in Connection with Sentencing | Exhibit C, Revised Crupi Preliminary Forfeiture Order |
| 10/1/14 | 1163 | USA | Revised Forfeiture Order re: Crupi | Exhibit A, Revised Crupi Preliminary Forfeiture Order |
| 10/6/14 | 1165 | Crupi | Letter Reply to Revised Forfeiture Order | |
| 10/6/14 | 1167 | O'Hara & Perez | Declaration of Larry Krantz - Supplemental Forfeiture Submission | Exhibits 1-3 |
| 10/6/14 | 1168 | Bonventre | Letter: Supplemental Forfeiture Submission re: timing of Bonventre's knowledge/conscious avoidance of fraud | |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 10/7/14 | 1170 | O'Hara & Perez | Second Declaration of Larry Krantz - Supplemental Forfeiture Submission re: conversation between Madoff, DiPascali, Perez & O'Hara about discomfort with work on certain projects | A-D |
| 10/8/14 | 1172 | O'Hara & Perez | Letter - Supplemental Submission on Forfeiture | Email correspondence between Larry Krantz and Bernie Madoff re: conversation between Madoff, DiPascali, Perez & O'Hara about discomfort with work on certain projects |
| 10/10/14 | 1173 | USA | Letter - Response to Defendants' Supplemental Forfeiture Submissions, factual arguments on forfeiture liability | |
| 10/20/14 | 1176 | USA (all parties jointly) | Agenda for 10/27/14 Forfeiture hearing | |
| 11/3/14 | 1182 | USA | Letter in response to questions raised by Court at forfeiture hearing, plus additional argument on other issues (703 account; 18 U.S.C. § 982 and bank fraud; Crupi and Bongiorno proffer sessions) | A-H and revised proposed orders of forfeiture (most up to date) |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 11/4/14 | 1183 | Crupi | Letter in response to Government Letter (1182), asking that it be disregarded or that defendant be allowed to submit response | |
| 11/4/14 | 1184 | Bonventre | Letter in response to Government Letter (1182), asking that it be disregarded or that defendant be allowed to submit response | |
| 11/5/14 | 1189 | USA | Memoranda of Bongiorno and Crupi proffer session materials | |
| 11/10/14 | 1192 | Crupi | Letter in response to Government Letter (1182): Crupi proffer session statements, 18 U.S. C. § 982, 703 account | 1-2 |
| 11/10/14 | 1193 | Bongiorno | Letter in response to Government Letter (1182): Bongiorno's proffer session statements | |
| 11/14/14 | 1194 | Bonventre | Letter in response to Government Letter (1182): 703 account, bank fraud forfeiture | 1-2, Florio Declaration on whether inference of fraud/Ponzi Scheme could be drawn from looking at 703 Account Statements |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 12/2/14 | 1202 | USA | Letter re: additional victim impact statements and absence of requests to speak at sentencings | |
| 12/2/14 | 1203 | Bonventre | Letter re: application for stay of forfeiture and bail pending appeal | |