Law Offices of
# GORDON MEHLER PLLC
747 Third Avenue • 32nd Floor • New York, NY 10017-2806

Gordon Mehler
*Principal*

Nathaniel Burney
Rebecca Campbell
Michael Rakower
Daniel Rothstein
Harvey Stuart
Joyce Young
Mengtao Yu
*Of Counsel*

Rick Guimond
Ben Stadler
*Paralegals*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 5 2014

MEMO ENDORSED

December 4, 2014

**BY FAX**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. O'Hara, (SDNY) S10 10 Cr. 228 (LTS)**

Dear Judge Swain:

   I represent Jerome O'Hara in the above captioned case, whose travel is restricted to the Southern and Eastern Districts of New York and who has a 12-hour daily curfew. As you are aware from your recent order, Mr. O'Hara underwent a sleep study in October upon the recommendation of his doctor. That doctor has since diagnosed Mr. O'Hara with sleep apnea and has requested that Mr. O'Hara undergo a second sleep study in order to fit and calibrate a machine that will help Mr. O'Hara breath during his sleep. Thus, I write to request permission for Mr. O'Hara to undergo a sleep study on the night of December 11th, 2014. The study will require that Mr. O'Hara's curfew be suspended for that night. He would return home the next morning by 9AM.

   Mr. Schwartz has once again refused to consent to this medical request, even after being informed of Mr. O'Hara's diagnosis and the reasons why a second study is needed. Mr. O'Hara's Pretrial Services officer, Anna Lee, has no objection. Thank you.

*The modification request is granted.*

Sincerely,

Gordon Mehler

**SO ORDERED:**
_____ 12/4/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Tel: (212) 661-2414 • Fax: (212) 661-8761 • E-mail: gmehler@mehlerlaw.com • Website: www.mehlerlaw.com