Law Offices of
# GORDON MEHLER PLLC
747 Third Avenue ◆ 32nd Floor ◆ New York, NY 10017-2803

Gordon Mehler
*Principal*

Nathaniel Burney
Rebecca Campbell
Michael Rakower
Daniel Rothstein
Harvey Stuart
Joyce Young
Mengtao Yu
*Of Counsel*

Rick Guimond
Ben Stadler
*Paralegals*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 8 2014
```

December 6, 2014

**BY ECF and FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007



Re: **United States v. Jerome O'Hara, (SDNY) S3 10 Cr. 228 (LTS)**

Dear Judge Swain:

We write pursuant to the Court's order, Docket #1206, concerning the submissions the Court has considered in connection with Mr. O'Hara's upcoming sentencing. A review of Schedule A attached to the Court's order confirms that the Court has considered each of our six post-trial submissions.

We did not see any specific mention of the more than 100 letters submitted as a separate bound volume in connection with Mr. O'Hara's sentencing memorandum, but trust that the Court has, in fact, reviewed those letters.

Sincerely,

*Gordon Mehler*

Gordon Mehler

GM:rjg
cc: All Counsel (via ECF)

*The volume was labeled Exhibit C and is referred to as such in Schedule A. It has been reviewed.*

**SO ORDERED:**

/s/ 12/7/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Tel: (212) 661-2414 ◆ Fax: (212) 661-8761 ◆ E-mail: gmehler@mehlerlaw.com ◆ Website: www.mehlerlaw.com