Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: JAN 0 9 2015

Caption:

United States _____ v.

Jerome O'Hara _____

10-CR-228(LTS)

Docket No. 14-4714

Judge Laura Taylor Swain
(District Court Judge)

Notice is hereby given that _the United States of America_____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment _✔_, other |  _____

entered in this action on _December 19, 2014_.                                          (specify)
                                  (date)

This appeal concerns: Conviction only |____   Sentence only |✔|   Conviction & Sentence |____   Other |____

Defendant found guilty by plea |    | trial |✔| N/A |    .

Offense occurred after November 1, 1987?   Yes |✔|   No |    N/A |

Date of sentence: _12/09/2014_____   N/A |___|

Bail/Jail Disposition: Committed |____   Not committed |✔   N/A |

Appellant is represented by counsel?  Yes ✔ | No |    If yes, provide the following information:

Defendant's Counsel:   Gordon Mehler, Esq.

Counsel's Address:     747 3rd Avenue, 32nd Floor

                       New York, NY 10017

Counsel's Phone:       212-661-2414

Assistant U.S. Attorney:   AUSA Randall W. Jackson

AUSA's Address:        One Saint Andrew's Plaza

                       New York, New York 10007

AUSA's Phone:          212-637-1029

Randall W. Jackson

Digitally signed by Randall W. Jackson
DN: cn=Randall W. Jackson, o=USAO - SDNY,
ou=DOJ, email=randall.jackson@usdoj.gov, c=US
Date: 2015.01.09 13:54:45 -05'00'

Signature