# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Wendy Gerstmann Powell
*Special Counsel*

Kimberly A. Yuhas

David V. Kirby
Aaron Twersky
*Of Counsel*

Writer's E-mail
lkrantz@krantzberman.com

February 13, 2015

**BY ECF and FACSIMILE**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Facsimile:  212-805-0426

      **Re:**    **U.S. v. Bonventre, et al., 10 Cr. 228 (LTS)**

Dear Judge Swain:

      As you know, we represent George Perez in the above matter.  We write with the consent of all parties.

      A conference on the issue of forfeiture is currently scheduled in this matter, as well as in related civil forfeiture matters (as to which Mr. Perez is not a party), on February 26, 2015.  Unfortunately, a scheduling conflict has arisen in that I will be traveling out of town on that day.

      I have conferred with all other counsel, and they consent to adjourning the conference to March 4, 2015, at 3 P.M., which date and time were chosen following consultation with your Courtroom Deputy.  Accordingly, we request that the conference be adjourned to March 4, 2015, at 3 P.M.

      We thank the Court for its consideration of this letter.

      Respectfully submitted,

      Larry H. Krantz

cc:    All Counsel (By ECF)