*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2015

BY ECF AND HAND DELIVERY

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

    Re:    *United States* **v.** *Daniel Bonventre, et al.*
              No. S10 10 Cr. 228 (LTS)

              *United States* **v.** *All Funds on Deposit in Account Nos. 94660869, 9948199297, 8007487, 9115606297, 9116151903 and 9931127481 in the Names of Annette Bongiorno and/or Rudy Bongiorno, et al.*
              No. 10 Civ. 4858 (LTS) (JCF)

Dear Judge Swain:

    The Government writes to respectfully request that the Court approve the attached consent order between the Government and various parties, including the defendant, Daniel Bonventre, concerning the potential sale of a property in New Jersey.

    Thank you for your consideration in this matter.

                                          Respectfully,

                                          /s/ *Jonathan Cohen*
                                          Jonathan Cohen
                                          Niketh Velamoor
                                          Assistant United States Attorneys
                                          Tel.:  (212) 637-2408/-1076

cc:  Andrew Frisch, Esq. (via ECF)