**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2016

BY ECF AND EMAIL

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

>   Re:   *United States* v. *Daniel Bonventre, et al.*
>         **No. S10 10 Cr. 228 (LTS)**
>
>         *United States* v. *All Right, Title & Interest in the Real Property and Appurtenances Located at 167 Legion Place, et al.*
>         **No. 09 Civ. 9455 (LTS) (GWG)**
>
>         *United States* v. *All Funds on Deposit in Account Nos. 94660869, 9948199297, 8007487, 9115606297, 9116151903 and 9931127481 in the Names of Annette Bongiorno and/or Rudy Bongiorno, et al.*
>         **No. 10 Civ. 4858 (LTS) (JCF)**

Dear Judge Swain:

An appearance in the above-referenced set of cases is scheduled for 2:00 p.m. on Thursday, January 7, 2016. We write to respectfully request an adjournment of the appearance for six weeks. We have reached an agreement in principle with counsel for Mr. O'Hara and expect to submit the agreement to the Court soon. We also continue to pursue dispositions with the other remaining litigants in this case, Mr. Bonventre and Ms. Bongiorno. The remaining defendants and their spouses do not object to this adjournment request.

Thank you for your consideration in this matter.

Respectfully,

/s/ *Niketh Velamoor*
Jonathan Cohen
Niketh Velamoor
Assistant United States Attorneys
Tel.: (212) 637-2408/-1076

cc: all counsel (via ECF)