UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | ECF CASE |
| v. | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| DANIEL BONVENTRE et al., | 10 Cr. 228 (LTS) |
| Defendants. | |

-------------------------------------------------------

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. § 515


by:   /s/ Noah Solowiejczyk
      Noah Solowiejczyk
      Assistant United States Attorney
      (212) 637-2473
      noah.solowiejczyk@usdoj.gov